**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUNG K. SOE, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>AKAZOO S.A., AND APOSTOLOS N. ZERVOS,<br><br>     Defendants. | **CASE No.: 1:20-cv-01900-BMC**<br><br>**NOTICE OF MOTION AND MOTION OF AKAZOO INVESTOR GROUP TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |
| TIM CALDWELL and SHARON CALDWELL, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>AKAZOO S.A., F/K/A AKAZOO LTD., F/K/A MODERN MEDIA ACQUISITION CORP., F/K/A MODERN MEDIA ACQUISITION CORP. S.A., APOSTOLOS N. ZERVOS, LEWIS W. DICKEY, JR., WILLIAM DREWRY, ADAM KAGAN, and VÉRONIQUE MARTY,<br><br>     Defendants. | **CASE No.: 1:20-cv-02737-KAM-CLP**<br><br>**CLASS ACTION** |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiffs Tim and Sharon Caldwell, Nikolaos Poulakis, and John Pullen (the "Akazoo Investor Group" or "Movant") hereby move this Court, the Honorable Brian M. Cogan, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

  (a) consolidating the related actions;

  (b) appointing Movant to serve as Lead Plaintiff in this action; and

  (c) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated June 23, 2020 (and exhibits); and (ii) a [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Dated: June 23, 2020     Respectfully submitted,

          **THE ROSEN LAW FIRM, P.A.**

          /s/ Phillip Kim
          Phillip Kim, Esq. (PK 9384)
          Laurence M. Rosen, Esq. (LR 5733)
          275 Madison Avenue, 40th Floor
          New York, New York 10016
          Telephone: (212) 686-1060
          Fax: (212) 202-3827
          Email: pkim@rosenlegal.com
          Email: lrosen@rosenlegal.com

          *[Proposed] Lead Counsel for Movant and Class*

          **LAW OFFICES OF HOWARD G. SMITH**
          Howard G. Smith, Esq.
          3070 Bristol Pike, Suite 112

Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*[Proposed] Additional Counsel for Movant and Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim

4