# Exhibit 2

## SWORN CERTIFICATION OF PLAINTIFF

Akazoo S.A., **SECURITIES LITIGATION**

I, Tim Caldwell, certify:

1. I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2. I did not purchase Akazoo S.A., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Akazoo S.A., during the class period set forth in the Complaint are as follows:

   See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

   _____ Check here if you are a current employee or former employee of the defendant Company.

   I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: __06/19/2020__                    _____
                                          (Please Sign Your Name Above)

Street Address: ███████████████████████

City: ████████████  State: ████████████

Zip: ████████████  Phone: ████████████

Email: ███████████████████████  **LAW OFFICES OF HOWARD G. SMITH**

## SWORN CERTIFICATION OF PLAINTIFF

### Akazoo S.A., SECURITIES LITIGATION

I, Sharon Caldwell, certify:

1. I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2. I did not purchase Akazoo S.A., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Akazoo S.A., during the class period set forth in the Complaint are as follows:

   See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

   ____ Check here if you are a current employee or former employee of the defendant Company.

   I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: **06/19/2020**          *Sharon Caldwell*
                                (Please Sign Your Name Above)

Street Address: ▮▮▮▮▮▮▮▮

City: ▮▮▮▮▮▮   State: ▮▮▮

Zip: ▮▮▮▮▮   Phone: ▮▮▮▮

Email: ▮▮▮▮▮▮▮              **LAW OFFICES OF HOWARD G. SMITH**

## SCHEDULE A

## TIM AND SHARON CALDWELL

CLASS PERIOD TRANSACTIONS

### PURCHASES

| DATE | SHARES | PRICE |
|------|--------|-------|
| 8/7/2019 | 500 | ($10.53) |
| 8/7/2019 | 2 | ($12.93) |
| 8/8/2019 | 900 | ($10.46) |
| 8/9/2019 | 1,148 | ($10.45) |
| 8/12/2019 | 2,950 | ($10.45) |
| 8/19/2019 | 222 | ($10.17) |
| 8/20/2019 | 1,661 | ($10.40) |
| 8/20/2019 | 586 | ($10.36) |
| 8/20/2019 | 1,753 | ($10.33) |
| 8/20/2019 | 500 | ($10.41) |
| 8/23/2019 | 3,900 | ($10.85) |
| 8/23/2019 | 100 | ($10.84) |

DocuSign Envelope ID: E986ADDA-8CD8-4C22-9F42-E08B3E158AB8

# CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the firm to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Akazoo S.A. (NASDAQ: SONG), and their current and former officers, and others in connection with the purchase and sale of securities issued by Akazoo S.A.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     I have reviewed a complaint against Akazoo S.A. and certain of their officers and directors and I authorize the firm to file a lead plaintiff motion on my behalf.

2.     I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the purchases and sales I have made in Akazoo S.A. securities during the Class Period set forth in the complaint. I have made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth below.

        See schedule A

5.     I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following company(ies):

6.     I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this
day _____6/3/2020_____.

Signature: Nikolaos Poulakis
DocuSigned by:
C3C62768D88A41D...

Name: Nikolaos Poulakis

## SCHEDULE A

## NIKOLAOS POULAKIS

CLASS PERIOD TRANSACTIONS

### PURCHASES

| Date | Shares | Price |
|---|---|---|
| 9/5/2019 | 12,000 | ($7.04) |
| 9/5/2019 | 2,000 | ($7.00) |
| 9/9/2019 | 3,000 | ($5.81) |
| 9/10/2019 | 1,000 | ($5.15) |
| 10/28/2019 | 2,500 | ($4.90) |
| 11/25/2019 | 5,000 | ($5.91) |
| 2/4/2020 | 5,000 | ($4.50) |
| 2/6/2020 | 3,000 | ($4.22) |

### SALES

| Date | Shares | Price |
|---|---|---|
| 4/20/2020 | 5,500 | $1.65 |

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Akazoo S.A.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Akazoo S.A.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

| | |
|---|---|
| First name: | John |
| Middle initial: | D |
| Last name: | Pullen |
| Address: | Redacted |
| City: | |
| State: | |
| Zip: | |
| Country: | |
| Facsimile: | |
| Phone: | |
| Email: | |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 09/17/2019 | 3200 | 5.224 |
| Common Stock | 09/17/2019 | 800 | 5.194 |
| Common Stock | 09/17/2019 | 1750 | 5.225 |
| Common Stock | 09/17/2019 | 3800 | 5.20 |
| Common Stock | 09/20/2019 | 9818 | 5.38 |
| Common Stock | 09/20/2019 | 182 | 5.37 |
| Common Stock | 09/23/2019 | 2750 | 6.00 |
| Common Stock | 10/25/2019 | 6543 | 4.91 |
| Common Stock | 10/25/2019 | 100 | 4.88 |
| Common Stock | 11/06/2019 | 8000 | 6.00 |
| Common Stock | 10/07/2019 | 1525 | 6.5356 |

**Certification for John Pullen (cont.)**

Sales:

| Type of Security | Sale Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 10/03/2019 | 4300 | 6.00 |
| Common Stock | 01/27/2020 | 1923 | 5.006 |
| Common Stock | 01/27/2020 | 77 | 5.05 |

7.  I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:          **YES**

By clicking on the button below, I intend to sign and execute this agreement and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.          **YES**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 05/11/2020