# Exhibit 3

**Akazoo S.A. Loss Chart**
**Class Period: January 24, 2019 through May 21, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Poulakis, Nikolaos | 9/5/2019 | 12,000 | ($7.04) | ($84,480.00) | 4/20/2020 | 5,500 | $1.65 | $9,075.00 | | | |
| | 9/5/2019 | 2,000 | ($7.00) | ($14,000.00) | | | | | | | |
| | 9/9/2019 | 3,000 | ($5.81) | ($17,430.00) | | | | | | | |
| | 9/10/2019 | 1,000 | ($5.15) | ($5,150.00) | | | | | | | |
| | 10/28/2019 | 2,500 | ($4.90) | ($12,250.00) | | | | | | | |
| | 11/25/2019 | 5,000 | ($5.91) | ($29,550.00) | | | | | | | |
| | 2/4/2020 | 5,000 | ($4.50) | ($22,500.00) | | | | | | | |
| | 2/6/2020 | 3,000 | ($4.22) | ($12,658.50) | | | | | | | |
| | | 33,500 | | ($198,018.50) | | 5,500 | | $9,075.00 | 28,000 | $0.00 | ($188,943.50) |
| | | | | | | | | | | | |
| Caldwell, Tim and Sharon | 8/7/2019 | 500 | ($10.53) | ($5,265.00) | | | | | | | |
| | 8/7/2019 | 2 | ($12.93) | ($25.86) | | | | | | | |
| | 8/8/2019 | 900 | ($10.46) | ($9,414.00) | | | | | | | |
| | 8/9/2019 | 1,148 | ($10.45) | ($11,996.60) | | | | | | | |
| | 8/12/2019 | 2,950 | ($10.45) | ($30,827.50) | | | | | | | |
| | 8/19/2019 | 222 | ($10.17) | ($2,257.74) | | | | | | | |
| | 8/20/2019 | 1,661 | ($10.40) | ($17,274.40) | | | | | | | |
| | 8/20/2019 | 586 | ($10.36) | ($6,070.96) | | | | | | | |
| | 8/20/2019 | 1,753 | ($10.33) | ($18,108.49) | | | | | | | |
| | 8/20/2019 | 500 | ($10.41) | ($5,205.00) | | | | | | | |
| | 8/23/2019 | 3,900 | ($10.85) | ($42,315.00) | | | | | | | |
| | 8/23/2019 | 100 | ($10.84) | ($1,084.00) | | | | | | | |
| | | 14,222 | | ($149,844.55) | | | | | 14,222 | $0.00 | ($149,844.55) |
| | | | | | | | | | | | |
| Pullen, John | 9/17/2019 | 3,200 | ($5.22) | ($16,716.80) | 10/3/2019 | 4,300 | $6.00 | $25,800.00 | | | |
| | 9/17/2019 | 800 | ($5.19) | ($4,155.20) | 1/27/2020 | 1,923 | $5.01 | $9,626.54 | | | |
| | 9/17/2019 | 1,750 | ($5.23) | ($9,143.75) | 1/27/2020 | 77 | $5.05 | $388.85 | | | |
| | 9/17/2019 | 3,800 | ($5.20) | ($19,760.00) | | | | | | | |
| | 9/20/2019 | 9,818 | ($5.38) | ($52,820.84) | | | | | | | |
| | 9/20/2019 | 182 | ($5.37) | ($977.34) | | | | | | | |
| | 9/23/2019 | 2,750 | ($6.00) | ($16,500.00) | | | | | | | |
| | 10/3/2019 | 4,300 | ($6.00) | ($25,800.00) | | | | | | | |
| | 10/7/2019 | 1,525 | ($6.54) | ($9,966.79) | | | | | | | |
| | 10/25/2019 | 6,543 | ($4.91) | ($32,126.13) | | | | | | | |
| | 10/25/2019 | 100 | ($4.88) | ($488.00) | | | | | | | |
| | 11/6/2019 | 8,000 | ($6.00) | ($48,000.00) | | | | | | | |
| | 1/27/2020 | 1,923 | ($5.01) | ($9,626.54) | | | | | | | |
| | 1/27/2020 | 77 | ($5.05) | ($388.85) | | | | | | | |
| | | 44,768 | | ($246,470.24) | | 6,300 | | $35,815.39 | 38,468 | $0.00 | ($210,654.85) |

| | Shares Purchased | | Purchase Value | | Shares Sold | | Sales Value | Shares Retained | Value Retained | Losses |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 92,490 | | ($594,333.29) | | 11,800 | | $44,890.39 | 80,690 | $0.00 | ($549,442.90) |