

Phillip Kim
pkim@rosenlegal.com

October 19, 2020

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *In re Akazoo S.A. Securities Litigation,* Case No. 1:20-CV-01900-BMC

Dear Judge Cogan:

      I write on behalf of the Lead Plaintiffs and Akazoo S.A. in the above-captioned case (the "Action"). Over the last two months, Akazoo's outside counsel at Gibson Dunn and I have engaged in good faith discussions concerning the potential global resolution involving this Action, the case brought by the Securities Exchange Commission against Akazoo pending in the District Court for the Southern District of New York before Judge Hellerstein (the "SEC Action"), and the potential claims of certain individual investors who participated in the private investment in public equity financing and former investors of MMAC.[1] Lead Plaintiffs have filed a motion to intervene in the SEC Action to ensure protection of the rights and interests of the putative class.

      Accordingly, Lead Plaintiffs and Akazoo jointly and respectfully request a stay of this Action for the next 21 days while the parties continue their settlement efforts.

---

[1] The Order appointing Lead Plaintiffs grants Lead Counsel the authority "to engage in settlement negotiations on behalf of Lead Plaintiff and the Class." Dkt. No. 12.

1

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.                    GIBSON DUNN & CRUTCHER LLP
/s/ Phillip Kim                            /s/ Mark A. Kirsch
Phillip Kim                                Mark A. Kirsch

*Lead Counsel for Lead Plaintiffs*          *Counsel for Akazoo S.A.*


cc: All counsel (via ECF)

2