

**The Rosen Law Firm**
I N V E S T O R   C O U N S E L

Phillip Kim
pkim@rosenlegal.com

November 11, 2020

**<u>VIA ECF</u>**

Hon. Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *In re Akazoo S.A. Securities Litigation,* Case No. 1:20-CV-01900-BMC

Dear Judge Cogan:

  I write on behalf of the parties in the above-captioned case. Negotiations are ongoing between the Lead Plaintiffs and Akazoo. Progress is being made, and the parties continue to negotiate in good faith.

  Accordingly, Lead Plaintiffs and Akazoo jointly and respectfully request an additional stay of this action for thirty days while the parties continue their settlement efforts.

  Respectfully submitted,

| | |
|---|---|
| THE ROSEN LAW FIRM, P.A. | GIBSON DUNN & CRUTCHER LLP |
| /s/ Phillip Kim | /s/ Mark A. Kirsch |
| Phillip Kim | Mark A. Kirsch |
| | |
| *Lead Counsel for Lead Plaintiffs* | *Counsel for Akazoo S.A.* |

cc: All counsel (via ECF)