

Phillip Kim
pkim@rosenlegal.com

November 30, 2020

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *In re Akazoo S.A. Securities Litigation,* Case No. 1:20-CV-01900-BMC

Dear Judge Cogan:

      I write on behalf of the parties in the above-captioned case. Lead Plaintiffs and Akazoo have scheduled a mediation for December 14-16. The current stay is scheduled to expire December 11, 2020. Hence, Lead Plaintiffs and Akazoo jointly and respectfully request an extension of the current stay of this action by thirty days, until January 11, 2021, to allow for the mediation and follow-up negotiations if necessary.

      Respectfully submitted,

| | |
|---|---|
| THE ROSEN LAW FIRM, P.A. | GIBSON DUNN & CRUTCHER LLP |
| /s/ Phillip Kim | /s/ Mark A. Kirsch |
| Phillip Kim | Mark A. Kirsch |
| | |
| *Lead Counsel for Lead Plaintiffs* | *Counsel for Akazoo S.A.* |

cc: All counsel (via ECF)