

**The Rosen Law Firm**
INVESTOR COUNSEL

Phillip Kim
pkim@rosenlegal.com

January 12, 2021

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In re Akazoo S.A. Securities Litigation,* Case No. 1:20-CV-01900-BMC

Dear Judge Cogan:

I write on behalf of the parties in the above-captioned case. Lead Plaintiffs and Akazoo made great progress during the mediation regarding reaching a settlement. The previous stay expired January 11, 2021. To continue settlement discussions, Lead Plaintiffs and Akazoo jointly and respectfully request the action be stayed by thirty days, until February 11, 2021.

Respectfully submitted,

| | |
|---|---|
| THE ROSEN LAW FIRM, P.A. | GIBSON DUNN & CRUTCHER LLP |
| /s/ Phillip Kim | /s/ Mark A. Kirsch |
| Phillip Kim | Mark A. Kirsch |
| *Lead Counsel for Lead Plaintiffs* | *Counsel for Akazoo S.A.* |

cc: All counsel (via ECF)

**THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827**