UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

IN RE AKAZOO S.A. SECURITIES
LITIGATION

        :
        :
        :    CASE NO. 1:20-cv-01900-BMC
        :
        :    **STIPULATION AND ORDER**
        :

------------------------------------------------------------------------ X

        IT IS HEREBY STIPULATED, AGREED AND ORDERED that the time for Defendant Crowe U.K. LLP ("Crowe") to answer, move against, and otherwise respond to Plaintiffs' Amended Complaint, dated September 8, 2020, shall be extended through and including April 20, 2021.

        IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts and that a facsimile and/or electronic transmittal of signatures shall be deemed an original.

Dated: March 15, 2021

| THE ROSEN LAW FIRM | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| _/s/ Phillip Kim_ | _/s/ Thomas R. Manisero_ |
| Phillip Kim | Thomas R. Manisero |
| 275 Madison Avenue | Peter J. Larkin |
| 40th Floor | 1133 Westchester Avenue |
| New York, NY 10016 | White Plains, New York 10604 |
| (212) 686-1060 | (914) 872-7229 |
| pkim@rosenlegal.com | thomas.manisero@wilsonelser.com |
| | peter.larkin@wilsonelser.com |
| | |
| _Attorneys for Plaintiffs_ | _Attorneys for Defendant Crowe U.K. LLP_ |

SO ORDERED.
Digitally signed by
Brian M. Cogan
BRIAN M. COGAN, U.S.D.J.

March 18, 2021
Date