# EXHIBIT A-4

EXHIBIT A-4

*Akazoo S.A. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063



PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

**COURT-ORDERED LEGAL NOTICE**

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*In re Akazoo S.A. Securities Litigation,* Case No. 1:20-cv-01900-BMC (E.D.N.Y.)

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

The United States District Court for the Eastern District of New York (the "Court") has preliminarily approved a partial Settlement of claims against Akazoo S.A. ("Akazoo"), Petrus Schreuder, Panagiotis Dimitropoulos, Lewis W. Dickey, Jr., Maja Lapcevic, Athan Stephanopoulos, Alexander Macridis, David Bryan Roche, Asit Mehra, Colin Miles, Modern Media Acquisition Corp. S.A.; MMAC; XL Specialty Insurance Company; William Drewry, Adam Kagan, Véronique Marty, Blair Faulstich, George Brokaw, and John White ("Settling Defendants"). The proposed Settlement would also resolve a case entitled *Pareja, et al., v. Zervos, et al.,* Case No. 2020CV337418 (Fulton Cty., GA Sup. Court). The cases allege that, in violation of the federal securities laws, Settling Defendants issued materially false and misleading statements, which damaged Settlement Class Members. Settling Defendants deny the allegations.

You received this notice because you or someone in your family may have: (1) purchased or otherwise acquired the publicly traded securities of Akazoo between January 24, 2019 and May 21, 2020, both dates inclusive, including Akazoo securities issued pursuant to the private placement offering agreement, and were damaged thereby; (2) held common stock of Modern Media Acquisition Corp. ("MMAC") as of August 9, 2019, eligible to vote at MMAC's August 28, 2019 special meeting, and were damaged thereby; and/or (3) purchased or otherwise acquired Akazoo common stock pursuant or traceable to the company's registration statement and prospectus issued in connection with the September 2019 merger of MMAC and Akazoo Limited, and were damaged thereby. Settling Defendants agreed to pay a Settlement Amount of $4.9 million. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. For all details of the Settlement, your rights, and information impacting your potential recovery, including average per share recovery, read the Stipulation and detailed Notice, at www.strategicclaims.net.

To qualify for payment, you must submit a Claim Form, which can be found at www.strategicclaims.net, or mailed to you upon request to the Claims Administrator (1-866-274-4004). Claim Forms must be postmarked or submitted online by _____ __,2021. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____ __,2021, or you will not be able to sue the Settling Defendants for the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____ __,2021. The detailed Notice explains how to submit a Claim Form, exclude yourself or object.

The Court will hold a hearing in this case on _____ __,2021 at __:__ _.m. at 225 Cadman Plaza East, Brooklyn, NY 11201, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to one-third of the Settlement Fund in attorneys' fees, plus actual expenses up to $100,000 for litigating the case and negotiating the Settlement, and may include an application for reimbursement of Plaintiffs' costs and expenses related to their representation of the Settlement Class. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (1-866-274-4004) or visit www.strategicclaims.net and read the detailed Notice. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.