**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AKAZOO S.A. SECURITIES LITIGATION, | Case No: 1:20-cv-01900-BMC |
| | CLASS ACTION |

**DECLARATION OF PHILLIP KIM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF DISSEMINATION OF NOTICE TO THE SETTLEMENT CLASS**

I, Phillip Kim, declare the following pursuant to 28 U.S.C. §1746:

1.      I am a partner at The Rosen Law Firm, P.A., Lead Counsel to Lead Plaintiffs Tim Caldwell, Sharon Caldwell, Nikolaos Poulakis, and John Pullen ("Federal Plaintiffs") in this action. I make this declaration in support of Plaintiffs' Unopposed Motion For: (I) Preliminary Approval of Partial Class Action Settlement; (II) Certification of the Settlement Class, and (III) Approval of Dissemination of Notice to the Settlement Class. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts from a report by NERA Economic Consulting, titled *Recent Trends in Securities Class Action Litigation: 2020 Full-Year Review*.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from a report by Cornerstone Research, titled *Securities Class Action Settlements: 2020 Review and Analysis.*

4.      Attached as Exhibit 3 is a true and correct copy of the firm resume of Glancy Prongay & Murray LLP.

5.      Attached as Exhibit 4 is a true and correct copy of the Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement entered by Chief Judge Margo K. Brodie on April 22, 2021 as docket number 51 in the matter *Machniewicz v. Uxin Limited, et al.,* Case No. 1:19-cv-00822-MKB-VMS (E.D.N.Y.).

Executed this 23rd day of April, 2021, in New York, NY.

*/s/ Phillip Kim*
Phillip Kim

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of April 2021, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


<u>*/s/ Phillip Kim*</u>
Phillip Kim