June 16, 2021

**VIA ECF**
Hon. Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *In re Akazoo S.A. Securities Litigation,* Case No. 1:20-CV-01900-BMC

Dear Judge Cogan:

   We jointly write to respectfully request that the Court stay the action as to Plaintiffs' claims against Defendant Crowe U.K. LLP ("Crowe") until after the final approval of the partial settlement of Plaintiffs' claims against Akazoo S.A. ("Akazoo") and related several individuals and entities. The final hearing for the partial settlement is set for September 7, 2021. Currently, the deadline for Crowe to respond to the Amended Complaint is June 21, 2021 (*See* the Court's May 20, 2021 Order).

   The undersigned submit that a stay would be beneficial for two reasons. First, as provided in the Stipulation and Agreement of Partial Settlement ("Stipulation") between Plaintiffs, Akazoo, and additional parties: (i) Akazoo and Lewis W. Dickey, Jr. will assign their claims against Crowe to Plaintiffs; and (ii) upon request, the Tosca Settling Parties will assign to Plaintiffs any claims against Crowe relating to Akazoo. (Stipulation at ¶¶2.10, 2.14, Dkt. No. 32). Accordingly, upon approval of the partial settlement with Akazoo, Plaintiffs anticipate that they will seek to amend the operative complaint to include additional claims against Crowe. Second, staying the case as to Crowe will allow Plaintiffs and Crowe to continue discussions regarding the potential, complete resolution of the action.

   We thank the Court for its consideration of this request.

   Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

/s/ Phillip Kim
Phillip Kim
275 Madison Avenue
40th Floor
New York, NY 10016
(212) 686-1060
pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

/s/ Peter J. Larkin
Thomas R. Manisero
Peter J. Larkin
1133 Westchester Avenue
White Plains, New York 10604
(914) 872-7229
thomas.manisero@wilsonelser.com
peter.larkin@wilsonelser.com

*Counsel for Defendant Crowe U.K. LLP*

cc: All counsel (via ECF)