# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  | Case No. 1:20-cv-01900-BMC |
|---|---|
| IN RE AKAZOO S.A. SECURITIES LITIGATION | CLASS ACTION |

**DECLARATION OF LEAD PLAINTIFFS TIM CALDWELL AND SHARON CALDWELL IN SUPPORT OF: (1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

We, Tim Caldwell and Sharon Caldwell, declare as follows:

1.      We are two of the Court appointed Lead Plaintiffs in the above-captioned securities class action (the "Federal Action").[1]  We respectfully submit this declaration in support of (i) Plaintiffs' motion for final approval of the proposed partial Settlement and approval of the proposed Plan of Allocation; and (ii) Class Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, including approval of our request to recover the reasonable costs and expenses we incurred in connection with our representation of the Settlement Class in the prosecution of the Federal Action.

2.      We are aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4; 77z-1.  We have personal knowledge of the matters set forth in this declaration, as we have been directly involved

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated April 22, 2021 (ECF No. 32).

in monitoring and overseeing the prosecution of the Federal Action, as well as the negotiations leading to the partial Settlement, and we could and would testify competently to these matters.

## I.  LEAD PLAINTIFFS' OVERSIGHT OF THE LITIGATION

3.      We have been actively involved in the prosecution of this case since we filed a complaint styled *Caldwell, et al., v. Akazoo S.A., et al.*, Case No. 1:20-cv-02737 (E.D.N.Y.) on June 19, 2020 (ECF No. 1), which was subsequently consolidated with *Soe v. Akazoo S.A. and Apostolos N. Zervos*, Case No. 1:20-cv-01900-BMC (E.D.N.Y.), into *In re Akazoo S.A. Securities Litigation*, Case No. 1:20-cv-01900-BMC (E.D.N.Y.).  On July 17, 2020, the Court appointed us to serve as two of the Lead Plaintiffs.  ECF No. 12.

4.      In fulfillment of our responsibilities as Lead Plaintiffs on behalf of all class members in the Federal Action, we have worked closely with Class Counsel, The Rosen Law Firm, P.A. ("Rosen Law"), regarding all aspects of the litigation and the partial resolution thereof.

5.      Throughout our involvement in this litigation, we received periodic status reports from the Rosen Law on case developments, and participated in discussions concerning the prosecution of the Federal Action, the strengths of and risks to the claims, and potential settlement.  In particular, we: (a) regularly communicated with our attorneys regarding the posture and progress of the case, as well as strategy; (b) produced documents to our attorneys; (c) reviewed all significant pleadings and briefs filed in the Federal Action and, if they pertained to the partial Settlement, the Class Actions; (d) consulted with our attorneys regarding the settlement negotiations; and (e) evaluated and approved the proposed partial Settlement.

## II.  APPROVAL OF THE SETTLEMENT

6.      Through our active participation, we were kept informed of the progress of the settlement negotiations in this litigation. We have evaluated the risks of continued litigation and

DocuSign Envelope ID: 754B2B44-218E-478E-9689-F985BF15DE3C

trial, including the risk of no recovery at all, and, in light of that evaluation, authorized the attorneys at the Rosen Law to settle the Class Actions on the terms set forth in the Stipulation. We believe the partial Settlement is fair and reasonable, represents an exceptional result, and is in the best interest of the Settlement Class. Accordingly, we strongly endorse approval of the partial Settlement by the Court.

### III.   CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

7.    We believe that Class Counsel's request for an award of attorneys' fees in the amount of one-third of the $4,900,000 Class Action Settlement Amount, and one-third of any Additional Settlement Amount allocated to the Class Actions, is fair and reasonable in light of the work Class Counsel performed on behalf of the Settlement Class.  We have evaluated Class Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of continued litigation, and have authorized this fee request for the Court's ultimate determination.

8.    We further believe that the litigation expenses that Class Counsel have requested reimbursement for are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Class Actions.  Based on the foregoing, and consistent with our obligation to the Settlement Class to obtain the best result at the most efficient cost, we fully support Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

9.    We understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. §§ 77z-1(a)(4); 78u-4(a)(4).  For this reason, in connection with Class Counsel's request for reimbursement of Litigation Expenses, we

are seeking reimbursement for the costs and expenses that we incurred directly relating to our representation of the Settlement Class in the Class Actions.

10.    I, Tim Caldwell, am retired. Prior to my retirement, I worked in labor relations at the Ford Motor Company. The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent engaged in other activities and, thus, represented a cost to me. I seek reimbursement in the amount of $3,500 for the time I devoted to participating in the Class Actions. I make this request based on the conservative effort that I devoted approximately 80 hours in the litigation-related activities described above. It is my belief that its request for reimbursement is fair and reasonable.

11.    I, Sharon Caldwell, am retired. Prior to my retirement, I was a high school teacher. The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent engaged in other activities and, thus, represented a cost to me. I seek reimbursement in the amount of $3,500 for the time I devoted to participating in the Class Actions. I make this request based on the conservative effort that I devoted approximately 80 hours in the litigation-related activities described above. It is my belief that its request for reimbursement is fair and reasonable.

## IV.    CONCLUSION

12.    In conclusion, we strongly endorse the partial Settlement as fair, reasonable, and adequate, and believe that the partial Settlement represents a significant recovery for the Settlement Class. We appreciate the Court's attention to the facts presented in our declaration and respectfully request that the Court approve: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (b) Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) our request for

4

reimbursement of the reasonable costs and expenses incurred in prosecuting the Class Actions on behalf of the Settlement Class..

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of our knowledge.

Executed on ___7/31/2021___, in ___Roscommon___, Michigan

DocuSigned by:

*Tim Caldwell*

622B7DB11DFD440...

Tim Caldwell

DocuSigned by:

*Sharon Caldwell*

622B7DB11DFD440...

Sharon Caldwell

5