# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AKAZOO S.A. SECURITIES LITIGATION | Case No. 1:20-cv-01900-BMC <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF COREY D. HOLZER FILED ON BEHALF OF HOLZER & HOLZER, LLC IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

I, Corey D. Holzer, declare as follows:

1.    I am a member of the law firm Holzer & Holzer, LLC ("H&H").[1]  H&H served as liaison counsel in the putative class action styled *Pareja, et al., v. Apostolos N. Zervos, et al.*, Case No. 2020CV337418, pending in the Superior Court of Fulton County, State of Georgia (the "State Action"), the state court counterpart to the above-captioned securities class action (the "Federal Action" and together with the State Action, the "Class Actions").

2.    I submit this declaration in support of Class Counsel's application for an award of attorneys' fees in connection with services rendered in the Class Actions. I have personal knowledge of the facts set forth herein based on my active supervision of, and participation in, the prosecution and settlement of the claims asserted in the Class Actions and, if called upon, could and would testify thereto.

3.    My firm served as liaison counsel in the State Action.  In this capacity, my firm, among other things, reviewed and commented on draft pleadings, facilitated filings with the state court, and advised and consulted with Glancy Prongay & Murray LLP, de facto lead counsel in the State Action, regarding local rules, customs, and state law.

4.    The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by attorneys and of my firm who, from inception of the State Action through and including July 29, 2021, billed ten or more hours to the State Action, and the lodestar calculation for those individuals based on my firm's current billing rates.  For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Partial Settlement, dated April 22, 2021 (ECF No. 32).

1

in his or her final year of employment by my firm. The schedule was prepared from contemporaneous records regularly prepared and maintained by my firm.

5.      I am the partner who oversaw or conducted the day-to-day activities in the State Action and I reviewed these daily time records in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the records as well as the necessity for, and reasonableness of, the time committed to the litigation. As a result of this review, I made reductions to certain of my firm's time entries such that the time included in Exhibit A reflects an exercise of billing judgment. Based on this review and the adjustments made, I believe that the time of H&H attorneys reflected in Exhibit A was reasonable and necessary for the effective and efficient prosecution and resolution of the Class Actions. No time expended on the application for fees and reimbursement of litigation expenses has been included.

6.      The hourly rates for the attorneys in my firm included in Exhibit A are consistent with the rates approved by courts in other securities or shareholder litigation.

**7.**      The total number of hours reflected in Exhibit A is 35.75 hours. The total lodestar reflected in Exhibit A is $28,843.75 for attorneys' time.

8.      As detailed in Exhibit B, my firm is seeking reimbursement of a total of $424.94 in expenses incurred in connection with the prosecution of the State Action.

9.      The litigation expenses incurred in the Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred. The expenses reflected in Exhibit B are the expenses actually incurred by my firm.

10.      My firm's lodestar figures are based upon the firm's billing rates, which do not include charges for expense items.

2

11.    Attached hereto as Exhibit C is a brief biography of H&H, including the attorneys who were involved in the State Action.

I declare, under penalty of perjury, that the foregoing is true and correct.  Executed this 29th day of July, 2021 in Atlanta, Georgia.

_____

COREY D. HOLZER

**EXHIBIT A**

*In re Akazoo S.A. Securities Litigation*
**Case No. 1:20-cv-01900-BMC**

**Holzer & Holzer, LLC**

**LODESTAR REPORT**
**FROM INCEPTION THROUGH JULY 29, 2021**

| TIMEKEEPER/CASE | STATUS | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| Corey D. Holzer | Partner | 17.00 | $875 | $14,875.00 |
| Marshall P. Dees | Partner | 18.75 | $745 | $13,968.75 |
| **TOTAL LODESTAR** | | **35.75** | | **$28,843.75** |

4

**EXHIBIT B**

*In re Akazoo S.A. Securities Litigation*
Case No. 1:20-cv-01900-BMC

**Holzer & Holzer, LLC**

**EXPENSE REPORT**

**FROM INCEPTION THROUGH JULY 29, 2021**

| ITEM | AMOUNT |
|---|---|
| COURT FILING FEES | $424.94 |
| **GRAND TOTAL** | **$424.94** |

5

**EXHIBIT C**

# <u>FIRM RÉSUMÉ</u>

HOLZER & HOLZER, LLC is an Atlanta, Georgia complex litigation firm that dedicates its practice to the enforcement of the rights that federal and state laws afford investors, consumers, and businesses harmed by the misconduct of others. Since its inception in 2000, our firm has established an excellent reputation for innovative representation of its clients through a nationwide practice.

Our attorneys have varied and noteworthy experience prosecuting class action litigation pursuant to the Securities Act of 1933 and the Securities Exchange Act of 1934, as well as under the federal and Georgia civil Racketeering and Corrupt Organizations Acts, and we have recovered tens of millions of dollars on behalf of investors through shareholder class litigation. The firm's attorneys also have significant experience prosecuting claims in derivative litigation arising from breaches of fiduciary duties under state law.

We represent clients in dozens of cases in federal and state courts and serve in court-appointed leadership roles in many of these cases. We take great pride in our aggressive advocacy, efficiency, and professionalism in the conduct of our clients' cases. We offer our clients a personalized approach to complex litigation which, because of its size and complex nature, can be a daunting prospect to investors, consumers, and businesses. Through unyielding dedication, hard work, and creativity, we have achieved notable successes on behalf of our clients.

# Examples of Present Leadership Roles

***Davis v. Yelp, Inc., et al.,*** Case No. 18-CV-400-EMC (N.D. Cal.) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

***In re: Grana y Montero S.A.A. Sec. Litig.,*** Case No. 17-cv-1105-JMA (E.D.N.Y) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

***In re Neovasc Inc. Sec. Litig.,*** Case No. 7:20-cv-9313-PMH (S.D.N.Y) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

***Kendall v. Odonate Therapeutics, Inc., et al.,*** Case No. 3:20-cv-1828-H-LL (S.D.Cal.) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

***Luczak v. National Beverage Corp., et al.,*** Case no. 18-cv-61631-KMM (S.D. Fl.) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

***Yaron v. Intersect ENT, Inc., et al.,*** 19-cv-2647-JSW (N.D. Cal.) (Firm is serving as court appointed Co-Lead Counsel in putative shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

7

# Examples of Firm's Achievements

***Enriquez v. Nabriva Therapeutics PLC et al.,*** Case No. 19-cv-4183-VM (S.D.N.Y) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $3.0 million)

***Galestan v. OneMain Holdings, Inc. et al.,*** Case No. 17-cv-01016-VM (S.D.N.Y.) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $9 million)

***Jiangchen v. Rentech, Inc., et al.,*** Case No. 2:17-cv-1490-GW (C.D. Cal.) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $2.05 million)

***In re The Home Depot, Inc. Shareholder Deriv. Litig.,*** Case No. 15-CV-2999-TWT (N.D. Ga.) (Firm served as Liaison Counsel in shareholder derivative litigation arising from consumer data breach that resulted in extensive corporate governance reforms designed to improve cybersecurity practices)

***Schwartz v. Urban Outfitters, Inc., et al.,*** Case No. 13-CV-5978-LFR (E.D. Pa.) (Firm represented lead plaintiff in securities fraud class action and achieved settlement creating common fund in the amount of $8.5)

***Robinson v. Audience, Inc.,*** **(Audience, Inc., Securities Litig.)** Case No. 12-cv-232227 (Cal. Sup. Ct., Santa Clara County) (Firm represented lead plaintiff in class action alleging violations of the Securities Act of 1933 and assisted in recovering $6.05 million on behalf of investors)

***In re CafePress Shareholder Litig.,*** Case No. CIV-522744 (Cal. Sup. Ct., San Mateo County) (Firm represented lead plaintiff in class action alleging violations of the Securities Act of 1933 and assisted in recovering $8.0 million on behalf of investors)

***Alex v. McCullough, et al.,*** **(Career Education Corp. Deriv. Litig.),** Case No. 12-CV-8834 (N.D. Ill.) (Firm represented investor in shareholder derivative action that resulted in recovery of $20 million for the company and substantial corporate governance reforms)

***Hutchins v. NBTY, Inc., et al.*** **(NBTY, Inc. Securities Litig.),** Case No. 10-cv-2159 (LDW) (WDW) (E.D.N.Y.) (Firm served as Co-Lead Counsel in a securities fraud class action and achieved settlement creating common fund in the amount of $6.0 million)

8

***Sgalambo v. McKenzie, et al.*** **(Canadian Superior Energy, Inc. Securities Litig.)**, Civil Action No. 1:09-cv-10087-SAS (S.D.N.Y.) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $5.2 million)

***In re Agria Corp. Sec. Litig.,*** Case No. 08-cv-3536-WHP (S.D.N.Y.) (Firm represented lead plaintiff in securities fraud class action and achieved settlement creating a common fund in the amount of $3.75 million)

***Frohman v. Allen, et al.*** **(Aaron's, Inc. Deriv. Litig.)** Case No. 2014-CV-245817 (Ga. Sup. Ct., Fulton County) (Firm served as sole Lead Counsel in shareholder derivative action and achieved settlement that modified corporate governance practices in connection with hostile board proxy fight)

***Miller v. Anthony, et al.*** **(Synovus Financial Corp. Deriv. Litig.)**, Case No. 09-cv-1811-JOF (N.D. Ga.) (Firm served as Co-Lead Counsel in shareholder derivative action and achieved settlement creating dramatic corporate governance reforms)

***Mitchell v. Gozani, et al.*** **(Neurometrix Deriv. Litig.)**, Case No. 08-CV-10674-RWZ (D. Mass) (Firm served as Co-Lead Counsel in a derivative action and achieved settlement significantly enhancing the company's internal controls and corporate governance, which included the hiring of a full time Chief Financial Officer)

***Brenner et al. v. Future Graphics, LLC, et al.***, Case No. 1:06-CV-0362-CAP (N.D. Ga.) (Firm served as Co-Lead Counsel in class action alleging RICO violations and created a common fund of $2.65 million on behalf of Class of victims of a business opportunity scam)

***In re IPO Sec. Litig.,*** Master Docket No.: 21-MC-00092 (S.D.N.Y.) (Firm served on Discovery Steering Committee for 309 separate class actions alleging underwriters manipulated prices of securities that resulted in $586 million global settlement)

# Attorney Biographies

## <u>Corey D. Holzer</u>

Corey D. Holzer is a co-founder and the managing partner of the firm. Mr. Holzer graduated *cum laude* from the University of Florida with a Bachelor of Science in Journalism, where he graduated second in his class in the College of Journalism and Communications. Mr. Holzer then obtained his Doctor of Jurisprudence from Emory University School of Law, where he was selected as a finalist in Moot Court competition.

Mr. Holzer represents individuals and institutional investors in litigation alleging violations of the federal securities laws, breaches of fiduciary duties under the laws of various states, and class actions under the federal antitrust laws and state consumer protection laws. Mr. Holzer has an in-depth understanding of the rights and privileges of investors and consumers and is driven by a strong desire to provide personalized representation and counseling to victimized investors and consumers. Mr. Holzer continues to establish his reputation as a corporate watchdog and effective advocate for his clients.

Mr. Holzer is a member of the State Bar of Georgia. Mr. Holzer is admitted to practice before all Georgia State and Superior Courts, the Georgia Court of Appeals, the United States District Court for the Northern District of Georgia, and the United States Court of Appeals for the Eleventh Circuit. He has been admitted to practice in countless other federal and state courts to handle specific cases.

## MARSHALL P. DEES

Marshall P. Dees joined the firm in 2008 and became a partner in January 2016. Mr. Dees graduated *cum laude* from the University of Georgia's Terry College of Business, where he received a Bachelor of Business Administration in Management Information Systems. Mr. Dees also graduated *cum laude* from Georgia State University's College of Law where he served as a member of its Moot Court Board and Student Trial Lawyers Association and also served as a court-appointed mediator in the Fulton County Landlord-Tenant Program.

Since 2007, Mr. Dees has devoted his practice to securities class action litigation and has played an important role in recovering tens of millions of dollars for investors under the federal securities laws. Mr. Dees also represents investors seeking to enforce their rights under federal and state laws governing fiduciary duty, and he has helped design comprehensive corporate governance reforms on behalf of shareholders that have been implemented by public companies. Recently, Mr. Dees has successfully represented individuals in connection with data breaches - both corporate and private.

Mr. Dees is admitted to practice law in all Georgia State and Superior Courts, the Georgia Court of Appeals, the Supreme Court of Georgia, the United States District Courts for the Northern and Middle Districts of Georgia and the 11th Circuit Court of Appeals. Mr. Dees has appeared *pro hac vice* on behalf of investors in litigation pending in courts across the country.

11

## LUKE R. KENNEDY

Luke R. Kennedy was an associate with the firm from 2019 to 2021. Mr. Kennedy graduated from Samford University with a Bachelor of Arts in Biology. Mr. Kennedy also graduated *cum laude* from Notre Dame Law School where he was a member of numerous student organizations, including the Business Law Forum and the Sports, Communications, and Entertainment Law Forum. Additionally, Mr. Kennedy completed an externship with the Notre Dame Athletic Department's Compliance Office.

While with the firm, Mr. Kennedy represented individuals and institutional investors in litigation alleging violations of the federal securities laws and breaches of fiduciary duties under the laws of various states. Mr. Kennedy helped design a comprehensive set of corporate governance reforms to be implemented by a public company and serves as one of the firm's principal liaisons with its clients. Before joining the firm, Mr. Kennedy worked for an organization dedicated to connecting low-income local inventors with experienced patent attorneys.

Mr. Kennedy is a member of the State Bars of Georgia and Florida and admitted to practice law before all Georgia State and Superior Courts and all Florida State and Circuit Courts.

## GILBERT S. HOLZER

Now retired, Gilbert S. Holzer is co-founder of the firm. Mr. Holzer received a Bachelor of Arts degree with honors in political science and economics from Sir George Williams University (now Concordia University) in Montreal, Quebec. He then obtained his Bachelor of Civil Law from McGill University in Montreal, where he graduated second in his class. Thereafter, Mr. Holzer obtained his Bachelor of Laws from McGill University where he graduated first in his class. Mr. Holzer served on the Editorial Board of the McGill Law Journal and on its Moot Court Board, and also served as counsel to the Judicial Committee, which represented the student body of McGill University.

Upon his graduation from law school, Mr. Holzer co-founded the law firm of Salomon, Holzer & Mager in Montreal, Quebec, concentrating his practice in civil litigation. After he moved to Atlanta, Mr. Holzer practiced law with Arnall Golden & Gregory LLP. He later formed his own general practice, and ultimately co-founded this firm with his son, Corey D. Holzer.

Mr. Holzer is a former member of the Bar of the Province of Quebec and a current member of the State Bar of Georgia. He is admitted to practice before all Georgia State and Superior Courts, the Georgia Court of Appeals and the United States District Court for the Northern District of Georgia. Mr. Holzer serves as a guest lecturer in the School of Public and International Affairs at the University of Georgia.