# EXHIBIT 12

Law Firm Billing Rates

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Cohen Milstein Sellers & Toll, PLLC | In re Flint Water Cases, No. 5:16-cv-10444-JEL-MKM | (E.D. Mich.) (Mar. 2021) (Dkt. No. 1458-2) | $530 - $740 (Associate/Of Counsel) | $645 - $1,125 |
| Pomerantz LLP | Prause v. Technipfmc plc, Tore Halvorsen and Dianne B. Ralston, No. 4:17-cv-02368 | (S.D. Tex.) (Feb. 2021) (Dkt. No. 211-2) | $350 - $640 | $650 - $1,000 |
| | Zwick Partners v. Quorum Health Corporation *et al.,* No. 3:16-cv-02475 | (M.D. Tenn.) (Nov. 2020) (Dkt. No. 351) | $485 - $640 | $765 - $1,000 |
| | In re Petrobras Securities Litigation, No. 14-cv-9662 (JSR) | (S.D.N.Y.) (Apr. 2018) (Dkt. No. 789-16) | $300 - $765 | $700 - $1,000 |
| Kessler Topaz Meltzer & Check, LLP | In re Snap Inc. Securities Litigation, No. 2:17-cv-03679-SVW-AGR | (C.D. Cal.) (Jan. 2021) (Dkt. No. 386-9) | $390 - $690 | $780 - $920 |
| | In re Intuniv Antitrust Litigation, No. 16-cv-12653-ADB | (D. Mass.) (Oct. 2020) (Dkt. No. 537-2) | $385 - $690 | $780 - $920 |
| Robbins Geller Rudman & Dowd LLP | In re ADT Inc. Shareholder Litigation, No. 502018CA003494 | (Palm Beach County, Fla.) (Dec. 2020) (Dkt. No. 170) | $400 - $895 | $820 - $1,325 |
| | In re Facebook Biometric Information Privacy Litigation, No. 3:15-cv-03747-JD | (N.D. Cal.) (Oct. 2020) (Dkt. No. 499-5) | Of Counsel: $775 - $1,325<br><br>Associate: $475 - $580<br><br>Staff Attorney: $400 | $765 - $1,325 |
| Labaton Sucharow LLP | In re ADT Inc. Shareholder Litigation, No. 502018CA003494 | (Palm Beach County, Fla.) (Dec. 2020) (Dkt. No. 170) | $425 - $750 | $775 - $1,100 |
| | In re Facebook Biometric Information Privacy Litigation, No. 3:15-cv-03747-JD | (N.D. Cal.) (Oct. 2020) (Dkt. No. 499-5) | $360 - $850 | $800 - $1,200 |

Law Firm Billing Rates

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Scott+Scott, Attorneys at Law, LLP | In re ADT Inc. Shareholder Litigation, No. 502018CA003494 | (Palm Beach County, Fla.) (Dec. 2020) (Dkt. No. 170) | $675 - $750 | $875 - $1,295 |
| Levi & Korsinsky LLP | In re ADT Inc. Shareholder Litigation, No. 502018CA003494 | (Palm Beach County, Fla.) (Dec. 2020) (Dkt. No. 170) | $495 - $800 | $1,000 - $1,050 |
| Grant & Eisenhofer P.A. | Deka Investment GMBH v. Santander Consumer USA Holdings Inc., *et al.* , No. 3:15-cv-02129-K | (N.D. Tex.) (Dec. 2020) (Dkt. No. 256-2) | $425 - $750 | $800 - $1,000 |
|  | In re McKesson Corporation Derivative Litigation, No. 4:17-cv-01850-CW | (N.D. Cal.) (Mar. 2020) (Dkt. No. 223-6) | $440 - $525 | $750 - $1,100 (no "Partners" listed, only "Directors") |
| Bernstein Litowitz Berger & Grossman LLP | In re Signet Jewelers Limited Securities Litigation, No. 1:16-cv-06728-CM-SDA | (S.D.N.Y.) (Jun. 2020) (Dkt. No. 258-4) | Senior Counsel: $750 - $800<br><br>Associate: $425 - $600<br><br>Staff Attorney: $350 - $395 | $825 - $1,300 |
|  | In re Allergan, Inc. Proxy Violation Securities Litigation, No. 8:14-cv-02004-DOC-KESx | (C.D. Cal.) (Apr. 2018) (Dkt. No. 619-4) | $340 - $750 | $750 - $1,250 |
| Keker, Van Nest & Peters LLP | OpenGov, Inc. v. GTY Technology Holdings Inc. et al, No. 3:18-cv-07198-JSC | (N.D. Cal.) (Mar. 2019) (Dkt. No. 40-1) | $775 - $1,075 ("Of Counsel" rates) | $700 - $1,500 |
| Motley Rice LLC | In re Investment Technology Group, Inc. Securities Litigation, No. 15-cv-06369 | (S.D.N.Y.) (Jan. 2019) (Dkt. No. 119) | $300 - $750 | $775 - $1,050 |
| Hausfeld LLP | In re Foreign Exchange Benchmark Rates Antitrust Litigation, No. 1:13-cv-07789-LGS | (S.D.N.Y.) (Jan. 2018) (Dkt. No. 939-3) | $350 - $500 | $630 - $1,375 |

*Listed in order of filing date.

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | In re VIVUS, Inc. *et al.* , Reorganized Debtors, No. 20-bk-11779 (LSS) | (Bankr. D. Del.) (Jan. 2021) (Dkt. No. 443) | Of Counsel: $1,260 Associates*: $495 - $1,120 ($495/hr for pending bar admission; starting at $695 for a 1st year associate) | $1,425 - $1,565 |
| | In re JCK Legacy Company, *et al.,* Debtors, No. 20-10418 (MEW) | (S.D.N.Y.) (Oct. 2020) (Dkt. No. 938) | Of Counsel: $1,125 - $1,325 Associates*: $495- $1,120 ($495/hr for pending bar admission; starting at $575 for a 1st year associate) | $1,275 - $1,775 |
| | In re Indymac Bancorp, Inc., Debtor, No. 08-bk-21752-BB | (Bankr. C.D. Cal.) (Feb. 2018) (Dkt. No. 1041) | $420 - $710 | $895 - $1,350 |
| Quinn Emanuel Urquhart & Sullivan, LLP | In re J.C. Penney Company, Inc., *et al.* , Debtors, No. 20-20182 (DRJ) | (S.D. Tex.) (Jan. 2021) (Dkt. No. 2313) | $750 - $1,100 | $1,200 - $1,325 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | In re Diamond Offshore Drilling, Inc., *et al.* , Debtors, No. 20-32307 (DRJ) | (Bankr. S.D.N.Y.) (Dec. 2020) (Dkt. No. 766) | Counsel: $1,200.00 Associate: $861.88 (Blended Hourly Rates) | $1,503.72 (Blended Hourly Rate) |
| | In re Hexion Topco, LLC, Reorganized Debtors, No. 19-10684 (KG) | (Bankr. D. Del.) (Jul. 2019) (Dkt. No. 1093) | $640 - $1,125 | $1,165 - $1,560 |
| | In re Sears Holdings Corporation, *et al.,* Debtors, No. 18-23538 (RDD) | (Bankr. S.D.N.Y.) (Apr. 2019) (Dkt. No. 3207) | $640 - $1,160 (Associates and Counsel) | $1,165 - $1,560 |
| Greenberg Traurig LLP | In re Avadel Specialty Pharmaceuticals, LLC, Debtor, No. 19-10248 (CSS) | (Bankr. D. Del.) (Nov. 2020) (Dkt. No. 443) | $395 - $900 | $650 - $1,480* *"Shareholder" rates (no "Partner" rates stated) |
| | In re IFS Securities, Inc., Debtor, No. 20-65841-LRC | (Bankr. N.D. Ga.) (May 2020) (Dkt. No. 49-2) | Of Counsel: $400 - $995 Associate: $395 - $825 | $565 - $1,500* *"Shareholder" rates (no "Partner" rates stated) |
| Willkie Farr & Gallagher LLP | In re Frontier Communications Corporation, *et al.* , Debtors, No. 20-22476 (RDD) | (Bankr. S.D.N.Y.) (Nov. 2020) (Dkt. No. 1365) | Counsel: $1,270.48 Associate: $896.98 (Non-Bankruptcy Blended Hourly Rate, New York) | $1,447.80 (Non-Bankruptcy Blended Hourly Rate, New York) |
| | In re Imerys Talc America, Inc., *et al.* , Debtors, No. 19-10289 (LSS) | (Bankr. D. Del.) (Nov. 2020) (Dkt. No. 2554) | Associates: $515 - $1,100 | $1,200 - $1,600 |

*Listed in order of filing date.                                                                                          Page 1 of 4

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | In re LATAM Airlines Group S.A., *et al* ., Debtors, No. 20-11254 (JLG) | (Bankr. S.D.N.Y.) (Aug. 2020) (Dkt. No. 967) | Counsel / Senior Attorneys: $1,130 - $1,215<br><br>Associates: $770 - $955 (First-year Associates: $565 - $670)<br><br>Staff / Project Attorneys: $420 - $495 | $1,065 - $1,525 |
| | In re Nortel Networks Inc., *et al* ., Wind-Down Debtors and Debtor-In-Possession, No. 09-10138 (KG) | (Bankr. D. Del.) (Nov. 2019) (Dkt. No. 18778) | Senior Attorney: $1,075 (Only one rate listed)<br><br>Associates: $535 - $900 | $1,395 (Only one rate listed) |
| Norton Rose Fulbright US LLP | In re TRIVASCULAR SALES LLC, *et al.* , No. 20-31840-SGJ | (Bankr. E.D.Tex.) (Aug. 2020) (Dkt. No. 291) | Counsel: $670 - $1,225 Associate: $355 - $855 | $700 - $1,350 |
| King & Spalding LLP | In re Briggs & Stratton Corporation, *et al.* , Debtors, No. 20-43597 | (Bankr. E.D.Mo.) (Jul. 2020) (Dkt. No. 194) | Counsel: $750 - $1,005 Associate: $440 - $750 | $820 - $1,290 |
| O'Melveny & Myers LLP | In re Remington Outdoor Company, Inc., *et al.* , Debtors, No. 20-81688-11 | (Bankr. N.D. Ala.) (Jul. 2020) (Dkt. No. 24) | $545 - $995 | $955 - $1,555 |
| Sidley Austin LLP | In re Boy Scouts of America and Delaware BSA, LLC, Debtors, No. 20-10343 (LSS) | (Bankr. D. Del.) (Jun. 2020) (Dkt. No. 760) | Counsel: $925 - $1,000<br><br>Associates: $570 - $955 ($550 for Associate pending Admission) | $1,100 - $1,375 |
| | In re Borden Dairy Company, *et al.,* Debtors, No. 20-10010 (CSS) | (Bankr. D. Del.) (Feb. 2020) (Dkt. No. 264) | Senior Counsel and Counsel: $775 - $1,750<br><br>Associates: $570 - $960<br><br>Paraprofessionals: $250 - $470 | $1,000 - $1,800 |

*Listed in order of filing date.

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | In re True Religion Apparel Inc., *et al.*, Debtors, No. 20-10941 (CSS) | (Bankr. D. Del.) (May 2020) (Dkt. No. 216) | Senior Counsel & Counsel: $735 - $1,510<br><br>Associates: $535 - $960 | $995 - $1,995 |
| | In re Purdue Pharma L.P., *et al.*, Debtors, No. 19-23649 (RDD) | (Bankr. S.D.N.Y.) (Mar. 2020) (Dkt. No. 947) | Senior Counsel & Counsel: $850 - $1,110<br><br>Associates: $535 - $810<br><br>Staff Attorneys & Paraprofessional: $205 - $625 ("2020 Rate") | $1,075 - $1,655 ("2020 Rate") |
| Freshfields Bruckhaus | In re Expro Holdings US Inc., *et al*., | (Bankr. S.D. Tex.) (Dec. 2017) (Dkt. No. | Counsel: $1,065 | $1,165 - $1,250 |
| Vinson & Elkins LLP | In re Cloud Peak Energy Inc., *et al.*, Debtors, No. 19-11047 (KG) | (Bankr. D. Del.) (Sept. 2019) (Dkt. No. 663) | Counsel: $1,010 - $1,070<br><br>Associates: $525 - $1,065 | $1,070 - $1,550 |
| Ropes & Gray LLP | In re Weatherford International plc, *et al.*, Debtors, No. 19-33694 (DRJ) | (Bankr. S.D. Tex.) (Aug. 2019) (Dkt. No. 276) | $580 - $1,050 | $1,150 - $1,520 |
| Jones Day | In re Bestwall LLC, Debtor, No. 17-31795 (LTB) | (Bankr. W.D.N.C.) (July 2019) (Dkt. No. 903) | $450 - $950 | $1,025 - $1,200 |
| Milbank LLP | In re PG&E Corporation and Pacific Gas and Electric Company, Debtors, No. 19-30088 (DM) | (N.D. Cal.) (July 2019) (Dkt. No. 3117) | $843 - $1,076 (Blended Associate - Counsel rates, billed Feb - May 2019) | $1,479 (Blended Partner rate, billed Feb - May 2019) |
| | In re Gymboree Group, Inc., *et al.*, Debtors, No. 19-30258 (KLP) | (Bankr. E.D. Va.) (Jan. 2019) (Dkt. No. 163) | $450 - $1,315 (Milbank U.S. "standard" range) | $1,155 - $1,540 (Milbank U.S. "standard" range) |
| Simpson Thacher & Bartlett LLP | In re Arsenal Energy Holdings LLC, Reorganized Debtor, No. 19-10226 (BLS) | (Bankr. D. Del.) (Feb. 2019) (Dkt. No. 77) | $590* - $1,220 ($590/ hr for pending bar admission; starting at $840 for a 1st year associate) | $1,425 - $1,535 |

*Listed in order of filing date.                                                                                                      Page 3 of 4

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| | In re FR Dixie Acquisition Sub Corp., Reorganized Debtor, No. 18-12476 (KG) | (Bankr. D. Del.) (Feb. 2019) (Dkt. No. 26) | $540 - $1,170 | $1,350 - $1,550 |
| Wilson Sonsini Goodrich & Rosati | In re Tintri, Inc., Debtor, No. 18-11625 (KJC) | (Bankr. D. Del.) (Nov. 2018) (Dkt. No. 291) | $510 - $715 | $950 - $1,350* *Listed as "Member" rates |
| Weil, Gotshal & Manges LLP | In re Sears Holdings Corporation, *et al.,* Debtors, No. 18-23538 (RDD) | (Bankr. S.D.N.Y.) (Oct. 2018) (Dkt. No. 344) | $560 - $995 | $1,075 - $1,600 |
| Shearman & Sterling LLP | In re Hodyon, Inc., Reorganized Debtor, No. 18-10386 (MFW) | (Bankr. D. Del.) (Aug. 2018) (Dkt. No. 26) | $495 - $1,295* *5-10% discount applied to some | $1,165 - $1,325* *5-10% discount applied to some |
| Mayer Brown LLP | In re Scottish Holdings, Inc., *et al.,* Debtors, No. 18-10160 (LSS) | (Bankr. D. Del.) (Mar. 2018) (Dkt. No. 193) | $605 - $895 | $960 - $1,130 |
| Kirkland & Ellis, LLP | In re rue21, inc., *et al.,* Debtors, No. 17-22045-GLT | (W.D. Pa.) (Nov. 2017) (Dkt. No. 1308-6) | $555 - $965 | $965 - $1,625 |
| | In re Caesars Entertainment Operating Company, Inc., *et al.,* Debtors, No. 15-01145 (ABG) | (Bankr. N.D. Ill.) (Nov. 2017) (Dkt. No. 7620-6) | $480 - $1,395 | $645 - $1,625 |
| Dechert LLP | In re Thru, Inc., Debtor, No. 17-31034 | (N.D. Tex.) (Aug. 2017) (Dkt. No. 148) | $725 - $785 | $1,095 (Only one rate listed) |
| Boies, Schiller & Flexner LLP | In re Molycorp, Inc., *et al,* Debtors, No. 15-11357 (CSS) | (D. Del.) (Sept. 2016) (Dkt. No. 1994) | $490 - $1,180 | $780 - $1,500 |
| Gibson, Dunn & Crutcher LLP | In re LightSquared Inc., *et al.,* Debtors, No. 12-12080 (SCC) | (S.D.N.Y.) (Jan. 2016) (Dkt. No. 2444) | $395 - $765 (fees voluntarily reduced by roughly 8%) | $765 - $1,800 (fees voluntarily reduced by roughly 8%) |
| Proskauer Rose LLP | In re IPC International Corporation, *et al.,* Debtors, No. 13-12050 (MFW) | (Bankr. D. Del.) (Aug. 2013) (Dkt. No. 57) | $200 - $1,150 | $600 - $1,250 |