# EXHIBIT 25



ORIGINAL



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES GORMLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAGICJACK VOCALTEC LTD., GERALD VENTO, and JOSE GORDO,<br><br>Defendants. | Case No. 1:16-cv-01869<br><br>Hon. Victor Marrero<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR: (I) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; AND (II) INCENTIVE AWARDS TO PLAINTIFFS** |

Having read and considered the papers filed and arguments made by counsel, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby awards Lead Counsel attorneys' fees for the class action settlement in the amount of $1,204,500 (33% of the Settlement Amount).

2. The Court awards Lead Plaintiffs' attorneys' reimbursement of costs in the amount of $78,704.17, which shall be paid from the class settlement fund in accordance with the terms of the Stipulation.

3. The Court awards Plaintiff James Gormley and Lead Plaintiff Samuel Saad Revocable Trust incentive payments in the amount of $5,000 each, which shall be paid from the Settlement Amount in accordance with the terms of the Stipulation.

**SO ORDERED** in the Southern District of New York on _19 January_, 2018.

_____
HON. VICTOR MARRERO
UNITED STATES DISTRICT JUDGE