**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE AKAZOO S.A. SECURITIES LITIGATION, | Case No. 1:20-cv-01900-BMC<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS**
**CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF**
**THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION**
**AND OBJECTIONS**

I, Sarah Evans, declare as follows:

1.     I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have over seven years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four hundred and fifty (450) class action cases since its inception.  I am over 21 years of age and not a party to this action.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify thereto.

**UPDATE ON MAILING OF POSTCARD NOTICE**

2.     Pursuant to the Court's Order Preliminarily Approving Partial Class Action Settlement and Providing for Notice, dated April 28, 2021 (ECF No. 36, "Preliminary Approval Order"), SCS was retained as Claims Administrator to supervise and administer the notice procedure and process claims in connection with the partial Settlement of this Action.

---

[1] Unless otherwise noted, capitalized terms have the meanings set forth in the Stipulation and Agreement of Partial Settlement dated April 22, 2021 (ECF No. 32, "Stipulation") or the Joint Declaration of Phillip Kim and Casey E. Sadler in Support of: (1) Plaintiffs' Motion for Final Approval of Partial Class Action Settlement and Plan of Allocation; and (2) Class Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.  (ECF No. 48).

3.      As noted in the Declaration of Sarah Evans Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated August 3, 2021 (the "Evans Declaration" (ECF No. 48-2), as of August 3, 2021, SCS mailed 2,828 Postcard Notices to potential Settlement Class Members or nominees.  Evans Declaration, ¶6.  Since the Evans Declaration was filed, an additional 160 Postcard Notices have been mailed.  To date, a total of 2,988 Postcard Notices[2] have been mailed for this Settlement.

4.      Out of the 2,988 Postcard Notices mailed, 97 were returned undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 13, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 84 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 24 were re-mailed to updated addresses.

5.      As noted in the Evans Declaration, SCS was originally notified by one of the nominees that it emailed 1,515 of its customers to notify them of this Settlement and to provide them with a direct link to the Long Notice and Claim Form on the Settlement webpage.  Evans Declaration, ¶7.  Since the filing of the Evans Declaration, an additional 10 email notifications have been sent.  Accordingly, a total of 1,525 email notifications have been sent to date.

## PUBLICATION OF THE SUMMARY NOTICE

6.      As set forth in the Evans Declaration, on June 7, 2021, SCS caused the Summary Notice of Pendency and Proposed Partial Settlement of Securities Class Action to be published

---

[2] As noted in the Evans Declaration, SCS received seven requests from potential Settlement Class Members to mail them the Long Notice and Claim Form.  Evans Declaration, ¶9, fn. 3. Since the filing of the Evans Declaration, SCS received an additional eight requests for the Long Notice and Claim Form to be mailed form potential Settlement Class Members.

2

once in *Investor's Business Daily* and to be transmitted electronically once over the *GlobeNewswire*. Evans Declaration, ¶10.

### UPDATE ON TOLL-FREE PHONE LINE

7.      As noted in the Evans Declaration, SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Long Notice and Claim Form.  Evans Declaration, ¶11.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

### UPDATE ON WEBSITE

8.      On May 13, 2021, SCS established a webpage for the Settlement on its website: https://www.strategicclaims.net/akazoo (the "Settlement webpage").  The Settlement webpage is accessible twenty-four hours a day, seven days a week. The Settlement webpage contains the current status of the case; the case deadlines; an online claim filing link; and important case-related documents, including the Long Notice, Claim Form, Stipulation, Preliminary Approval Order, Final Approval Motion, Fee and Expense Motion, and Joint Declaration, with exhibits. To date, the website has received 2,507 pageviews from 1,246 unique users.

9.      On August 4, 2021, the Court rescheduled the Settlement Hearing from September 7, 2021 to September 9, 2021.  As a result, the deadline to request exclusion from, or object to, the partial Settlement was changed from August 17, 2021 to August 19, 2021.[3]  Class Counsel instructed SCS to update the Settlement webpage to reflect the change to the hearing

---

[3] The Preliminary Approval Order stated that the deadline for requests for exclusion and objections were due twenty-one calendar days before the Settlement Hearing. (ECF No. 36 at ¶¶12, 15-16).

date and the new deadlines.  SCS made these changes to the Settlement webpage on August 4, 2021.

10.    On August 26, 2021, upon Class Counsel's instruction, SCS updated the Settlement webpage to state that the Settlement Hearing would be held virtually and to provide the dial-in instructions to access the Settlement Hearing.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

11.    The Long Notice, Summary Notice, Postcard Notice, and Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than August 17, 2021, and, as noted above, the Settlement webpage was updated on August 4, 2021, to notify Settlement Class Members that the exclusion deadline had been extended to August 19, 2021. As of the date of this Declaration, SCS has not received a single request for exclusion.

12.    According to the Long Notice, Summary Notice, Postcard Notice, and Settlement webpage, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, or Class Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses were required to submit their objection in writing such that the request was received by Class Counsel and Counsel for the Settling Defendants, as well as filed with the Clerk of the Court, no later than August 17, 2021.  As noted above, the Settlement webpage was updated on August 4, 2021, to notify Settlement Class Members that the objection deadline had been continued to August 19, 2021.  As of the date of this declaration, SCS has neither received any objections, nor been notified that Class Counsel has received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31st day of August 2021, in Media, Pennsylvania.


                                              Sarah Evans