# EXHIBIT A-3

EXHIBIT A-3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AKAZOO S.A. SECURITIES LITIGATION | Case No. 1:20-cv-01900-BMC<br><br>CLASS ACTION |

**SUMMARY NOTICE OF PENDENCY AND**
**PROPOSED PARTIAL SETTLEMENT OF SECURITIES CLASS ACTION**

**TO: All persons and entities who or which: (1) purchased or otherwise acquired the publicly traded securities of Akazoo S.A. ("Akazoo") between January 24, 2019 and May 21, 2020, both dates inclusive, including but not limited to, those who purchased or acquired Akazoo securities pursuant to the private placement offering agreement, and were damaged thereby; (2) held common stock of Modern Media Acquisition Corp. ("MMAC") as of August 9, 2019, eligible to vote at MMAC's August 28, 2019 special meeting, and were damaged thereby; and/or (3) purchased or otherwise acquired Akazoo common stock pursuant or traceable to the company's registration statement and prospectus issued in connection with the September 2019 merger of MMAC and Akazoo Limited, and were damaged thereby (the "Settlement Class").**

**THIS NOTICE WAS AUTHORIZED BY A COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of New York, that the above-captioned litigation (the "Action") has been preliminarily certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full Notice of Pendency and Proposed Partial Settlement of Class Action (the "Long Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action, have reached a proposed partial settlement of the Action, which will yield settlement funds of $1,470,000 (the "Crowe Settlement"). If the Crowe Settlement is approved, it will resolve all claims in the Action with respect to the Settling Defendant, Crowe U.K. LLP.

A hearing will be held on _____, 2022 at __:__ _.m., before the Honorable Brian M. Cogan at the United States District Court for the Eastern District of New York, 225 Cadman

1

EXHIBIT A-3

Plaza East, Brooklyn, NY 11201, to determine (i) whether the proposed Crowe Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Settling Defendant, and the Releases specified and described in the Stipulation and Agreement of Partial Settlement dated July 20, 2022 ("Stipulation") and in the Long Notice should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Class Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the Settlement, and you may be entitled to share in the Settlement Fund**.  The Long Notice and Proof of Claim and Release Form ("Claim Form"), as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), can be downloaded from the website maintained by the Claims Administrator, Strategic Claims Services, www.strategicclaims.net/akazoo/.  You may also obtain copies of the Long Notice and Claim Form by contacting the Claims Administrator at *Akazoo S.A. Securities Litigation*, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063, Tel: (866) 274-4004; Fax: (610) 565-7985; Email: info@strategicclaims.net.

If you previously submitted a valid and timely Proof of Claim in the Akazoo Settlement, you do not need to do so again. Your prior valid and timely Proof of Claim will be used for the Crowe Settlement.  If you are a member of the Settlement Class, have not already submitted a valid and timely Claim Form as part of the Akazoo Settlement, and wish to share in this Crowe Settlement's proceeds, you must submit a Claim Form postmarked or electronically submitted no later than _____, 2022.  If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than _____, 2022, in accordance with the instructions set forth in the Long Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Crowe Settlement.

Any objections to the proposed Crowe Settlement, the proposed Plan of Allocation, or Class Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses, must be filed with the Court and delivered to Class Counsel and Crowe's Counsel such that they are *received* no later than _____, 2022, in accordance with the instructions set forth in the Long Notice.

**Please do not contact the Court, the Clerk's office, Crowe U.K. LLP, or its counsel regarding this notice.  All questions about this notice, the proposed Crowe Settlement, or your eligibility to participate in the Crowe Settlement should be directed to Class Counsel or the Claims Administrator.**

2

EXHIBIT A-3

Requests for the Long Notice and Claim Form should be made to:

*Akazoo S.A. Securities Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Tel: 866-274-4004
www.strategicclaims.net

Inquiries, other than requests for the Long Notice and Claim Form, should be made to Class Counsel:

| | | |
|---|---|---|
| THE ROSEN LAW FIRM, P.A. | | GLANCY PRONGAY & MURRAY LLP |
| Phillip Kim, Esq. | | Casey Sadler, Esq. |
| 275 Madison Avenue, 40th Floor | or | 1925 Century Park East, Suite 2100 |
| New York, NY 10016 | | Los Angeles, California 90067 |
| Tel: (212) 686-1060 | | Tel: (888) 773-9224 |

By Order of the Court

3