# EXHIBIT A-4



*Akazoo S.A. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

**COURT-ORDERED   LEGAL NOTICE**

**Important   Notice   about   a Securities   Class   Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*In re Akazoo S.A. Securities Litigation,* Case No. 1:20-cv-01900-BMC (E.D.N.Y.)

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

The United States District Court for the Eastern District of New York (the "Court") has preliminarily approved a partial Settlement of claims against Crowe U.K. LLP ("Crowe"). The case alleges that Crowe is liable under the federal securities laws for its auditing work related to Akazoo S.A. ("Akazoo"), which damaged Settlement Class Members. Crowe denies the allegations.

You received this notice because you or someone in your family may have: (1) purchased or otherwise acquired the publicly traded securities of Akazoo between January 24, 2019 and May 21, 2020, both dates inclusive, including Akazoo securities issued pursuant to the private placement offering agreement, and were damaged thereby; (2) held common stock of Modern Media Acquisition Corp. ("MMAC") as of August 9, 2019, eligible to vote at MMAC's August 28, 2019 special meeting, and were damaged thereby; and/or (3) purchased or otherwise acquired Akazoo common stock pursuant or traceable to the company's registration statement and prospectus issued in connection with the September 2019 merger of MMAC and Akazoo Limited, and were damaged thereby. Crowe agreed to pay $1.61 million, of which $1.47 million, plus any interest and income earned thereon, shall be the Settlement Fund. The Crowe Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. For all details of the Crowe Settlement, your rights, and information impacting your potential recovery, including average per share recovery, read the Stipulation and detailed Notice, at www.strategicclaims.net/akazoo/.

**If you previously submitted a Claim Form which the Claims Administrator accepted in the Akazoo Settlement, you do not need to submit another claim form now. To qualify for payment, you must submit a Claim Form (unless you have provided a Claim Form in connection with the prior Akazoo Settlement which the Claims Administrator accepted)**, which can be found at www.strategicclaims.net/akazoo/, or mailed to you upon request to the Claims Administrator (1-866-274-4004). Claim Forms must be postmarked or submitted online by _____ __,2022. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____ __,2022, or you will not be able to sue the Crowe for the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____ __,2022. The detailed Notice explains how to submit a Claim Form, exclude yourself or object.

The Court will hold a hearing in this case on _____ __,2022 at __:__ _.m. at 225 Cadman Plaza East, Brooklyn, NY 11201, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to one-third of the Settlement Fund in attorneys' fees, plus actual expenses up to $75,000 for litigating the case and negotiating the Settlement, and may include an application for reimbursement of Plaintiffs' costs and expenses related to their representation of the Settlement Class. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call 1-866-274-4004 or visit www.strategicclaims.net/akazoo/ and read the detailed Notice. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.