# Exhibit 7

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AKAZOO S.A. SECURITIES LITIGATION | Case No. 1:20-cv-01900-BMC <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF PLAINTIFF GREG SWEET IN SUPPORT OF:**
**(1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION**
**SETTLEMENT WITH CROWE U.K. LLP AND PLAN OF ALLOCATION; AND (2)**
**CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND**
<u>**REIMBURSEMENT OF LITIGATION EXPENSES**</u>

I, Greg Sweet, declare as follows:

1.      I was one of the named plaintiff in the putative class action styled *Pareja, et al., v. Apostolos N. Zervos, et al.*, Case No. 2020CV337418 (Ga. Super. Ct., Fulton Cnty.) ("State Action"), the state court counterpart to the above-captioned securities class action (the "Federal Action" and together with the State Action, the "Class Actions").[1]  I am also one of the Plaintiffs who authorized their counsel to settle the claims against Crowe U.K. LLP ("Crowe").   I respectfully submit this declaration in support of: (i) Plaintiffs' motion for final approval of the proposed Settlement with Crowe and approval of the proposed Plan of Allocation; and (ii) Class Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of the Class Actions.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Partial Settlement, dated July 20, 2022 (ECF No. 66, the "Stipulation").

2.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 77z-1; 78u-4.  I have personal knowledge of the matters set forth in this declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Class Actions, as well as the negotiations leading to the Settlement with Crowe, and I could and would testify competently to these matters.

I.      **OVERSIGHT OF THE LITIGATION**

3.      I have been actively involved in the prosecution of this case since the filing of the Complaint in the State Action on June 22, 2020, and authorized my attorneys to sign the Stipulation settling claims against Crowe on my behalf.

4.      In fulfillment of my responsibilities as Plaintiff on behalf of all class members in the Class Actions, I have worked closely with Class Counsel Glancy Prongay & Murray LLP ("GPM") regarding the litigation and resolution thereof.

5.      Throughout my involvement in this litigation I received periodic status reports from GPM on case developments, and participated in discussions concerning the prosecution and settlement of the Class Actions, including the claims against, and the settlement with, Crowe.  In particular, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case against Crowe, as well as strategy; (b) consulted with my attorneys regarding settlement negotiations with Crowe; and (c) evaluated and approved the proposed Settlement with Crowe.

II.     **APPROVAL OF THE SETTLEMENT**

6.      Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation.  I have evaluated the risks of continued litigation and trial, including the risk of no recovery at all in a case against auditors, and, in light of that evaluation, authorized the attorneys at GPM to settle the case against Crowe on the terms set forth in the

2

Stipulation. I believe the Settlement with Crowe is fair and reasonable, represents an exceptional result, and is in the best interest of the Settlement Class. Accordingly, I strongly endorse approval of the Crowe Settlement by the Court.

### III. CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

7. I believe that Class Counsel's request for an award of attorneys' fees in the amount of one-third of the $1,470,000 Settlement Fund is fair and reasonable in light of the work Class Counsel performed on behalf of the Settlement Class. I have evaluated Class Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of continued litigation, and have authorized this fee request for the Court's ultimate determination.

8. I further believe that the Litigation Expenses that Class Counsel have requested reimbursement for are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Class Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.

9. I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. §§ 77z-1(a)(4); 78u-4(a)(4). For this reason, in connection with Class Counsel's request for reimbursement of Litigation Expenses, I am seeking reimbursement for the costs and expenses that I incurred directly relating to my representation of the Settlement Class.

10. I own and manage Sweet Landscaping Inc., and the time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent at my job, or engaged in other activities, and, thus, represented a cost to me. I seek reimbursement

in the amount of $3,500 for the time I devoted to participating in the case against Crowe. It is my belief that this request for reimbursement is fair and reasonable.

## IV.   CONCLUSION

11.   In conclusion, I strongly endorse the Crowe Settlement as fair, reasonable, and adequate. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) Plaintiffs' motion for final approval of the proposed Crowe Settlement and the Plan of Allocation; (b) Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the case against Crowe on behalf of the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on ___8/20/2022___, in __Pittsgrove__, __New Jersey__.

DocuSigned by:

9BD269F03E4D48A...

Greg Sweet