# EXHIBIT 11

| Case | Settlement Amount | Fee Award | Expenses Awarded in Addition to Fee* |
|---|---|---|---|
| **Select Second Circuit Cases Awarding Attorneys' Fee Awards of 33% or Above Plus Expenses** | | | |
| In re Initial Pub. Offering Sec. Litig., No. 21-mc-92, 671 F. Supp. 2d 467, 516 (S.D.N.Y. Oct. 5, 2009) | $586,000,000 | 33⅓% | $46,941,557.00 |
| In re U.S. Foodservice, Inc. Pricing Litig, No. 07-md-01894, 2014 WL 12862264, at *3 (D.Conn. Dec. 9, 2014) | $297,000,000 | 33⅓% | $8,081,443.80 |
| In re Buspirone Antitrust Litig., No. 01-md-01413, ECF No. 171 (S.D.N.Y.) | $220,000,000 | 33.33% | $0.00 |
| Landmen Partners, Inc. v. The Blackstone Grp., L.P., No. 08-cv-03601, 2013 WL 11330936, at *3 (S.D.N.Y. Dec. 18, 2013) | $85,000,000 | 33.33% | $1,047,005.77 |
| In re J.P. Morgan Stable Value Fund ERISA Litig., No. 12-cv-02548, 2019 WL 4734396, at *6 (S.D.N.Y. Sept. 23, 2019) | $75,000,000 | 33⅓% | $1,468,795.86 |
| In re Crazy Eddie Sec. Litig., No. 90-cv-03181, 824 F.Supp. 320, 326 (E.D.N.Y. June 11, 1993) | $42,000,000 | 33.8% | $2,000,000.00 |
| In re Medical X-Ray Film Antitrust Litig., No. 93-cv-5904, 1998 WL 661515, at *7-8 (E.D.N.Y. Aug. 7, 1998) | $39,360,000 | 33⅓% | $1,144,413.70 |
| In re Marsh ERISA Litig., No. 04-cv-08157, 265 F.R.D. 128, 151-52 (S.D.N.Y. Jan 29, 2010) | $35,000,000 | 33⅓% | $1,270,915.40 |
| In re Cnova N.V. Sec. Litig., No. 16-cv-00444, ECF No. 148 (S.D.N.Y. Mar. 20, 2018) | $28,500,000 | 33⅓% | $163,778.44 |
| In re Facebook Inc. IPO Sec. and Deriv. Litig., No. 12-md-2389, 2015 WL 6971424 at *9 (S.D.N.Y. Nov. 9, 2015) | $26,500,000 | 33% | $266,523.69 |
| In re Apac Teleservs., Inc. Sec. Litig., No. 97-cv-9145, ECF No. 58 (S.D.N.Y. 2001) | $21,000,000 | 33⅓% | $323,729.68 |
| In re NYSE Specialists Sec. Litig., No. 03-cv-08264, ECF No. 403 (S.D.N.Y.) | $18,500,000 | 41.1% | $2,219,518.00 |
| In re Deutsche Bank AG Sec. Litig., No. 09-cv-01714, 2020 WL 3162980 at *1 (S.D.N.Y. June 11, 2020) | $18,500,000 | 33⅓% | $1,203,502.39 |
| Wilson v. LSB Industries, Inc. et al., No. 15-cv-07614, 2019 WL 3542844 at *1 (S.D.N.Y. June 28, 2019) | $18,450,000 | 33⅓% | $1,169,501.84 |
| In re Oxycontin Antitrust Litig, No. 04–md–01603, ECF No. 360 (S.D.N.Y.) | $16,000,000 | 33⅓% | $182,934.65 |
| Newman v. Caribiner Int'l Inc., No. 99-cv-2271, ECF No. 31 (S.D.N.Y. Oct. 25, 2001) | $15,000,000 | 33⅓% | $53,789.00 |
| In re Ubiquiti Networks Inc. Sec. Litig., No. 18-cv-01620, ECF No. 49 (S.D.N.Y.) | $15,000,000 | 33⅓% | $91,267.89 |
| City of Providence v. Aeropostale, Inc., No. 11-cv-7132, 2014 WL 1883494, at *20 (S.D.N.Y. May 9, 2014) | $15,000,000 | 33% | $455,506.85 |
| In re Giant Interactive Grp., Inc. Sec. Litig., No. 07-cv-10588, 279 F.R.D. 151, 165 (S.D.N.Y. 2001) | $13,000,000 | 33% | $263,945.54 |
| McIntire v. China Media Express Holdings, Inc., No. 11-cv-00804, ECF No. 263 (S.D.N.Y.) | $12,000,000 | 33.33% | $400,000.00 |
| Maley v. Del Global Techs Corp., No. 00-cv-08495, 186 F.Supp.2d 358, 374 (S.D.N.Y. 2002) | $11,500,000 | 33⅓% | $200,371.93 |
| Gould v. Winstar Comm'ns, Inc., No. 01-cv-03014, ECF No. 363 (S.D.N.Y.) | $10,000,000 | 33.3% | $1,137,623.16 |
| Levin v. Resource Cap. Corp., No. 15-cv-07081, ECF No. 95 (S.D.N.Y.) | $9,500,000 | 33% | $199,463.67 |
| Khait v. Whirlpool Corp., No. 06-cv-6381, 2010 WL 2025106, at *8 (E.D.N.Y. Jan. 20, 2010) | $9,250,000 | 33% | $70,000.00 |
| In re Van der Moolen Holding N.V. Sec. Litig., No. 03-cv-08284 , ECF No. 45 (S.D.N.Y.) | $8,000,000 | 33⅓% | $125,657.45 |
| Becher v. Long Island Lighting Co., No. 95-cv-1994, 64 F.Supp.2d 174, 182 (E.D.N.Y.Sept. 17, 1999) | $7,750,000 | 33⅓% | $486,548.79 |
| Willix v. Healthfirst, Inc., No. 07-cv-01143, 2011 WL 754862, at *7 (E.D.N.Y. Feb. 18, 2011) | $7,675,000 | 33⅓% | $90,000.00 |
| In re Fuqi Int'l Inc. Sec. Litig., No. 10-cv-02515, 2016 WL 736649, at *2 (S.D.N.Y. Feb. 19, 2016) | $7,500,000 | 33.33% | $252,602.58 |
| In re Austin Cap. Mgmt., Ltd., Sec. & ERISA Litig., No. 09-md-02075, ECF No. 103 (S.D.N.Y.) | $6,850,000 | 33⅓% | $63,553.61 |
| Cohen v. Apache Corp., No. 89-cv-0076, 1993 WL 126560 at *1 (S.D.N.Y. Apr. 21, 1993) | $6,750,000 | 33⅓% | $450,209.17 |
| Guevoura Fund Ltd. v. Robert F.X. Sillerman, No. 15-cv-07192, 2019 WL 6889901, at *1 (S.D.N.Y. Dec. 18, 2019) | $6,750,000 | 33⅓% | $248,214.01 |
| Fogarazzo v. Lehman Bros. Inc., No. 03-cv-5194, 2011 WL 671745, *4 (S.D.N.Y. Feb. 23, 2011) | $6,750,000 | 33.3% | $211,596.69 |
| In re Patriot Nat'l, Inc. Sec. Litig., No. 17-cv-01866, 2019 WL 5882171 at *1 (S.D.N.Y. Nov. 6, 2019) | $6,500,000 | 33% | $154,469.29 |
| Clark v. Ecolab Inc., No. 07-cv-8623, 2010 WL 1948198, at *8-9 (S.D.N.Y. May 11, 2010) | $6,000,000 | 33% | $62,591.89 |
| In re Nevsun Res., Ltd., No. 12-cv-01845, ECF No. 55 (S.D.N.Y.) | $5,995,000 | 33⅓% | $91,357.40 |
| Murphy III v. JBS S.A., No. 17-cv-03084, ECF No. 57 (E.D.N.Y.) | $5,866,600 | 33.52% | $44,459.14 |
| Ho v. Duoyuan Global Water, Inc., No. 10-cv-07233, ECF No. 205 (S.D.N.Y.) | $5,150,000 | 33.33% | $116,107.35 |
| Burns v. Falconstor Software, Inc., No. 10-cv-04572, 2014 WL 12917621, at *10 (E.D.N.Y. Apr. 10, 2014) | $5,000,000 | 33⅓% | $20,271.28 |
| Beckman v. Keybank, N.A., No. 12-cv-7836, 293 F.R.D. 467, 482 (S.D.N.Y. Apr. 29, 2013) | $4,900,000 | 33⅓% | $38,928.00 |
| In re DDAVP Indirect Purchaser Antitrust Litig., No. 05-cv-02237, 2013 WL 10114257, at *3 (S.D.N.Y. Dec. 18, 2013) | $4,750,000 | 33% | $103,946.14 |

| | | | |
|---|---|---|---|
| Toure v. Amerigroup Corp. et al, No. 10-cv-05391, 2012 WL 3240461, at *7 (E.D.N.Y. Aug. 6, 2012) | $4,450,000 | 33⅓% | $32,000.00 |
| Leach et al v. NBC Universal Television Grp. et al, No. 15-cv-07206 (S.D.N.Y.) | $4,269,867 | 33⅓% | $0.00 |
| In re iDreamSky Tech. Ltd. Sec. Litig., No. 15-cv-02514, 2018 WL 8950640, at *4 (S.D.N.Y. Apr. 6, 2018) | $4,150,000 | 33⅓% | $29,124.05 |
| In re Hi-Crush Partners LP Sec. Litig., No. 12-cv-08557, 2014 WL 7323417, at *12 (S.D.N.Y. Dec. 19, 2014) | $3,800,000 | 33⅓% | $106,451.20 |
| Too v. Rockwell Med., Inc. et al., No. 18-cv-04253, 2020 WL 1026410 at *3 (E.D.N.Y. Feb. 26, 2020) | $3,700,000 | 33⅓% | $48,113.67 |
| Gormley v. Magijack Vocaltec Ltd., No. 16-cv-01869, ECF No. 70 (S.D.N.Y.) | $3,650,000 | 33% | $78,704.17 |
| In re: L & L Energy, Inc., No. 13-cv-06704, ECF No. 86 (S.D.N.Y.) | $3,500,000 | 33⅓% | $83,721.64 |
| Sanders v. The CJS Solutions Grp., LLC, No. 17-cv-3809, ECF No. 106 (S.D.N.Y June 22, 2018) | $3,240,000 | 33⅓% | $20,000.00 |
| In re Ability, Inc. Sec. Litig., No. 16-cv-03893, ECF No. 107 (S.D.N.Y.) | $3,000,000 | 33.3% | $47,538.19 |
| Stefaniak v. HSBC Bank USA, N.A., No. 05-cv-7208, 2008 WL 7630102 at *10 (W.D.N.Y. June 28, 2008) | $2,900,000 | 33% | $28,383.04 |
| Gauquie v. Albany Molecular Rsch., Inc., No. 14-cv-06637, ECF No. 72 (E.D.N.Y.) | $2,868,000 | 33.33% | $40,684.27 |
| Vaccaro v. New Source Energy Partners Lp., No. 15-cv-8954, 2017 WL 6398636, at *6 (S.D.N.Y. Dec. 14, 2017) | $2,850,000 | 33⅓% | $28,300.84 |
| In re Blech Sec. Litig., No. 94-cv-7696, 2002 WL 31720381, at *1 (S.D.N.Y. Dec 4, 2002) | $2,795,000 | 33⅓% | $250,000.00 |
| Bensinger v. Denbury Resources Inc., No. 10-cv-01917, ECF No. 146 (E.D.N.Y.) | $2,750,000 | 33⅓% | $0.00 |
| In re Namaste Tech. Inc. Sec. Litig., No. 18-cv-10830, ECF No. 76 (S.D.N.Y.) | $2,750,000 | 33.3% | $51,440.91 |
| In re Akari Therapeutics PLC Sec. Litig., No. 17-cv-03577, ECF No. 106 (S.D.N.Y.) | $2,700,000 | 33.33% | $39,339.14 |
| In re Tangoe, Inc. Sec. Litig., No. 17-cv-00146, ECF No. 78 (D. Conn.) | $2,550,000 | 33.33% | $35,194.13 |
| In re Fuwei Films Sec. Litig., No. 07-cv-09416, ECF No. 86 (S.D.N.Y.) | $2,150,000 | 33% | $38,590.64 |
| Pilgaonkar v. Kitov Pharm. Holdings Ltd., No. 17-cv-00917, ECF No. 87 (S.D.N.Y.) | $2,000,000 | 33.33% | $47,706.99 |
| Menkes v. Stolt-Nielsen S.A., No. 03-cv-00409, ECF No. 142 (D.Conn.) | $2,000,000 | 33.33% | $84,048.73 |
| Levine v. Atricure, Inc. et al, No. 06-cv-14324, ECF No. 85 (S.D.N.Y.) | $2,000,000 | 33.33% | $422,016.25 |
| Perry v. Duoyuan Printing, Inc., No. 10-cv-07235, ECF No. 218 (S.D.N.Y.) | $1,893,750 | 33.33% | $7,170.31 |
| In re Noah Education Holdings Ltd. Sec. Litig., No. 08-cv-09203, ECF No. 80 (S.D.N.Y.) | $1,750,000 | 33⅓% | $21,489.73 |
| Calfo and Demsar v. Messina, Sr., et al, No. 15-cv-04010, ECF No. 184 (S.D.N.Y.) | $1,650,000 | 33.33% | $176,416.77 |
| In re Altair Nanotechnologies Sec. Litig., No. 14-cv-07828, ECF No. 53 (S.D.N.Y.) | $1,500,000 | 33% | $23,398.63 |
| FAB Universal Corporation Sec. Litig., No. 13-cv-08216, ECF No. 74 (S.D.N.Y.) | $1,500,000 | 33% | $56,222.00 |
| Strougo v. Bassini, No. 97-cv-9303, 258 F.Supp.2d 254, 262 (S.D.N.Y. Apr. 7, 2003) | $1,500,000 | 33⅓% | $75,000.00 |
| Springer v. Code Rebel Corp. et al., No. 16-cv-03492, ECF No. 94 (S.D.N.Y.) | $1,000,000 | 33.33% | $13,107.67 |
| Tiro v. Public House Investments, LLC, No. 11-cv-07679, ECF No. 113 (S.D.N.Y.) | $1,300,000 | 33⅓% | $21,171.31 |
| Henry et al v. Little Mint, Inc. et al, No. 12-cv-03996, ECF No. 71 (S.D.N.Y.) | $1,162,500 | 33.33% | $3,359.24 |
| In Re: China Sunergy Company Limited, No. 07-cv-07895, ECF No. 66 (S.D.N.Y.) | $1,050,000 | 33.33% | $19,108.00 |
| Singh v. Tri-Tech Holdings, Inc., No. 13-cv-9031, ECF No. 60 (S.D.N.Y.) | $975,000 | 33⅓% | $30,018.90 |
| In re China Ceramics Co., Ltd., No. 14-cv-04100, ECF No. 44 (S.D.N.Y.) | $850,000 | 33.33% | $21,688.33 |
| Behzadi v. Int'l Creative Mgmt. Partners, LLC, No. 14-cv-04382 , ECF No. 78 (S.D.N.Y.) | $725,000 | 33.33% | $9,600.00 |
| Gilliam v. Addicts Rehabilitation Center Found., Inc. et al, No. 05-cv-03452, 2008 WL 782596, at *5 (S.D.N.Y. Mar. 24, 2008) | $450,000 | 33⅓% | $15,000.00 |
| Johnson v. Brennan, No. 10-cv-04712, ECF No. 70 (S.D.N.Y.) | $440,000 | 33% | $14,000.00 |
| In Re ForceField Energy Inc. Sec. Litig., No. 15-cv-03020, ECF No. 252 (S.D.N.Y.) | $414,500 | 33.33% | $11,621.49 |

\* Cases where expenses are listed as "$0.00" are cases where the litigation expenses were included in the fee award.