# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TERRE BEACH, *et al.*, individually and on behalf
of themselves and all others similarly situated,              :

                              Plaintiffs,              : Civil Action
                                                17-CV-00563-JMF
        v.                                              :

JPMORGAN CHASE BANK, NATIONAL              :
ASSOCIATION, JPMORGAN CHASE &
COMPANY, *et al.*,                                     :

                         Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] ORDER GRANTING CLASS COUNSEL'S MOTION
FOR ATTORNEYS' FEES, REIMBURSEMENT
OF EXPENSES AND PLAINTIFFS' SERVICE AWARDS**

This matter having come before the Court on September 22, 2020, the Court having considered all papers filed and proceedings held in connection Class Counsel's Motion For Attorneys' Fees, Reimbursement of Expenses and Plaintiffs' Service Awards, and notice having been given to the Class as required by the Court's May 26, 2020 Preliminary Approval Order (ECF No. 213), the Court finds and orders as follows:

1.       The Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all members of the Class.

2.       Notice of the fee and expense application was provided to Class Members in a reasonable manner, and such Notice complies with Rule 23(h)(1) of the Federal Rules of Civil Procedure. The Notice mailed to Class Members stated that Class Counsel would apply to the

1

Court for an award of attorneys' fees not to exceed 33% of the $9,000,000 settlement amount plus litigation expenses incurred in the prosecution of the case.

3.      Class Counsel is hereby awarded attorneys' fees in the amount of $2,970,000. Having reviewed Class Counsel's application, the Court finds the requested amount of attorneys' fees to be fair, reasonable and appropriate.

4.      Class Counsel's request for litigation expenses in the amount of $735,657.63 is hereby approved. The Court finds these expenses to be reasonable, appropriate and necessarily incurred for the prosecution and resolution of the Action.

5.      Plaintiffs Antoinette Fondren, Ferdinand Orellana, William Stirsman, and Sean Daly are hereby awarded service awards in the amount of $10,000 each. The Court finds these awards to be justified under the facts of this case and consistent with applicable legal authorities.

The Clerk of Court is directed to terminate ECF No. 222.

SO ORDERED.

Dated: October 7, 2020
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

2