**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AKAZOO S.A. SECURITIES LITIGATION | CASE NO. 1:20-CV-01900-BMC<br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception.  I am over 21 years of age and not a party to this action.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify thereto.

**UPDATE ON MAILING OF POSTCARD NOTICE**

2.      Pursuant to the Court's July 25, 2022, Order Preliminarily Approving Partial Class Action Settlement and Providing for Notice (ECF No. 69, the "Preliminary Approval Order"), SCS was retained as Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the proposed Crowe Settlement in the above-captioned action.

3.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Partial Settlement, dated July 20, 2022 (ECF No. 66).

Exclusion and Objections, dated August 19, 2022 (ECF No. 74-2, the "Bravata Declaration"), as of August 19, 2022, a total of 3,434 Postcard Notices have been mailed or emailed to potential Settlement Class Members.  Bravata Declaration, ¶6.  Since the Bravata Declaration was filed, SCS mailed an additional 95 Postcard Notices, and SCS was notified that a nominee mailed 36 Postcard Notices to their customers.  To date, a total of 3,565 potential Settlement Class Members were either mailed or emailed the Postcard Notice related to the Crowe Settlement.

4.      Out of the 3,565 Postcard Notices mailed, 170 were returned undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 51, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 119 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 49 were re-mailed to updated addresses.

5.      As noted in the Bravata Declaration, SCS was originally notified by one of the nominees that it emailed 1,515 of its customers to notify them of this Settlement and to provide them with a direct link to the Long Notice and Claim Form on the Settlement webpage.  Bravata Declaration, ¶7.  Since the filing of the Bravata Declaration, an additional 241 email notifications have been sent.  Accordingly, to date, a total of 1,756 email notifications have been sent to potential Settlement Class Members.  In total, as of the finalization of this declaration, 5,321 potential Settlement Class Members have been sent the Postcard Notice or emailed a direct link to the Notice and Claim Form.

### PUBLICATION OF THE SUMMARY NOTICE

6.      As set forth in the Bravata Declaration, on August 8, 2022, SCS caused the Summary Notice of Pendency and Proposed Partial Settlement of Securities Class Action to be

published once in *Investor's Business Daily* and to be transmitted electronically once over the *GlobeNewswire*. Bravata Declaration, ¶9.

## UPDATE ON TOLL-FREE PHONE LINE

7.    As noted in the Bravata Declaration, SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Long Notice and Claim Form. Bravata Declaration, ¶10. SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

## UPDATE ON SETLEMENT WEBPAGE

8.    On August 3, 2022, SCS updated the webpage for the Settlement on its website: https://www.strategicclaims.net/akazoo (the "Settlement webpage"). The Settlement webpage is accessible twenty-four hours a day, seven days a week. The Settlement webpage contains two sections. The first section includes information related to the Crowe Settlement, including the current status of the case, the case deadlines, an online claim filing link, and important case-related documents (including the Notice and Claim Form, Stipulation, and Preliminary Approval Order); and the second section relates to the Akazoo Settlement.

9.    On September 9, 2022, SCS updated the Settlement webpage under the first section to include the following important case related documents: Notice of Motion and Motion for Final Approval of Class Action Settlement with Crowe U.K. LLP and Plan of Allocation; Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement with Crowe U.K. LLP and Plan of Allocation; Notice of Motion and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (which includes the Memorandum of Law in support thereof); and Joint Declaration of Phillip Kim and Casey E. Sadler In Support of: (I) Plaintiffs'

Motion for Final Approval of Class Action Settlement with Crowe U.K. LLP and Plan of Allocation and (II) Class Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (along with the exhibits thereto).

<u>**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**</u>

10.    The Long Notice, Summary Notice, Postcard Notice, and Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than September 7, 2022.  As of the date of this declaration, SCS has not received any requests for exclusion.

11.    According to the Long Notice, Summary Notice, Postcard Notice, and Settlement webpage, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, or Class Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses were required to submit their objection in writing such that the request was received by Class Counsel and Crowe's Counsel, as well as filed with the Court, no later than September 7, 2022.  As of the date of this declaration, SCS has neither received any objections, nor been notified that Class Counsel has received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of September 2022, in Media, Pennsylvania.

Josephine Bravata

4