**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (PK 9384)
Laurence M. Rosen (LR 5733)
Erica L. Stone (ES 3453)
Brent LaPointe (BL 7476)
275 Madison Ave., 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com
        estone@rosenlegal.com
        blapointe@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE AKAZOO S.A. SECURITIES LITIGATION | Case No. 1:20-cv-01900-BMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO APOSTOLOS N. ZERVOS**<br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiffs Tim Caldwell, Sharon Caldwell, Nikolaos Poulakis, and John Pullen hereby voluntarily dismiss Defendant Apostolos N. Zervos ("Zervos") from this action without prejudice. This dismissal applies to Zervos only. Voluntary dismissal of Zervos is appropriate under Fed. R. Civ. P. 41(a)(1)(A)(i) as Zervos has not appeared, filed an answer, or filed a motion for summary judgment.

1

Dated: September 28, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim (PK 9384)
Laurence M. Rosen (LR 5733)
Erica M. Stone (ES 3453)
Brent LaPointe (BL 7476)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: estone@rosenlegal.com
Email: blapointe@rosenlegal.com

*Lead Counsel for Lead Plaintiffs
and Class*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim