# EXHIBIT 1

*In re Akazoo S.A. Securities Litigation*
Case No. 1:20-cv-01900-BMC

**The Rosen Law Firm, P.A.**

**LODESTAR REPORT FOR THE CROWE SETTLEMENT**

**FROM SEPTEMBER 10, 2021 THROUGH AND INCLUDING AUGUST 23, 2022**

| TIMEKEEPER/CASE | STATUS | LAW SCHOOL GRADUATION YEAR | HOURS | RATE | LODESTAR |
|---|---|---|---|---|---|
| **ATTORNEYS:** | | | | | |
| Phillip Kim | Partner | 2002 | 10.9 | $975 | $10,627.50 |
| Brent LaPointe | Associate | 2010 | 166.42 | $750 | $124,815.00 |
| Erica L. Stone | Associate | 2013 | 94.25 | $700 | $65,975.00 |
| **TOTAL LODESTAR** | | | **271.57** | **-** | **$201,417.50** |

**LODESTAR REPORT FOR THE AKAZOO SETTLEMENT**

**FROM INCEPTION THROUGH AUGUST 1, 2021**

| TIMEKEEPER/CASE | STATUS | LAW SCHOOL GRADUATION YEAR | HOURS | RATE | LODESTAR |
|---|---|---|---|---|---|
| **ATTORNEYS:** | | | | | |
| Phillip Kim | Partner | 2002 | 112.74 | $925 | $104,284.50 |
| Erica L. Stone | Associate | 2013 | 80.71 | $675 | $54,479.25 |
| Stephen Shepardson | Associate | 2015 | 105.3 | $600 | $63,180.00 |
| Ryan Hedrick | Associate | 2019 | 19.25 | $425 | $8,181.25 |
| **TOTAL LODESTAR** | | | **318.00** | | **$230,125.00** |

**In re Akazoo S.A. Securities Litigation**
**Case No. 1:20-cv-01900-BMC**

**GLANCY PRONGAY & MURRAY LLP**

**LODESTAR REPORT FOR THE CROWE SETTLEMENT**
**FROM SEPTEMBER 10, 2021 THROUGH AND INCLUDING AUGUST 23, 2022**

| TIMEKEEPER/CASE | STATUS | LAW SCHOOL GRADUATION YEAR | HOURS | RATE | LODESTAR |
|---|---|---|---|---|---|
| ATTORNEYS: | | | | | |
| Joseph Cohen | Partner | 1989 | 6.75 | 1,050.00 | 7,087.50 |
| Casey Sadler | Partner | 2010 | 82.20 | 750.00 | 61,650.00 |
| Natalie Pang | Senior Counsel | 2015 | 50.00 | 525.00 | 26,250.00 |
| Melissa Wright | Senior Counsel | 2012 | 53.40 | 625.00 | 33,375.00 |
| TOTAL ATTORNEY | TOTAL | | 192.35 | | 128,362.50 |
| PARALEGALS: | | | | | |
| Harry Kharadjian | Senior Paralegal | N/A | 5.30 | 325.00 | 1,722.50 |
| Paul Harrigan | Senior Paralegal | N/A | 6.40 | 325.00 | 2,080.00 |
| TOTAL PARALEGAL | TOTAL | | 11.70 | | 3,802.50 |
| TOTAL LODESTAR | TOTAL | | 204.05 | | 132,165.00 |

**LODESTAR REPORT FOR THE AKAZOO SETTLEMENT**
**FROM INCEPTION THROUGH JULY 29, 2021**

| TIMEKEEPER/CASE | STATUS | LAW SCHOOL GRADUATION YEAR | HOURS | RATE | LODESTAR |
|---|---|---|---|---|---|
| ATTORNEYS: | | | | | |
| Lionel Z. Glancy | Partner | 1986 | 12.00 | 995.00 | 11,940.00 |
| Robert Prongay | Partner | 2008 | 88.10 | 850.00 | 74,885.00 |
| Joseph D. Cohen | Partner | 1989 | 116.60 | 975.00 | 113,685.00 |
| Casey Sadler | Partner | 2010 | 195.40 | 725.00 | 141,665.00 |
| Melissa Wright | Senior Counsel | 2012 | 77.90 | 600.00 | 46,740.00 |
| Natalie S. Pang | Senior Counsel | 2015 | 90.60 | 500.00 | 45,300.00 |
| Pavithra Rajesh | Associate | 2018 | 38.70 | 425.00 | 16,447.50 |
| TOTAL ATTORNEY | TOTAL | | 619.30 | | 450,662.50 |
| PARALEGALS: | | | | | |
| Paul Harrigan | Senior Paralegal | N/A | 27.10 | 295.00 | 7,994.50 |
| John D. Belanger | Research Analyst | N/A | 66.50 | 290.00 | 19,285.00 |
| TOTAL PARALEGAL | TOTAL | | 93.60 | | 27,279.50 |
| TOTAL LODESTAR | TOTAL | | 712.90 | | 477,942.00 |