# EXHIBIT 2



3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA  30339

1.855.669.1205 Ext. 1
TPI.Billing@trustpoint.one

# Invoice

The Rosen Law Firm
Yu Shi
275 Madison Avenue
34th Floor
New York, NY 10016

| INVOICE NO. | DATE |
|---|---|
| **22-00558ED** | **1/31/2022** |

**Matter ID**   **ROE016IL2 (Rosen–Akazoo S.A.)**

**Matter Details**

| Date | Description | Consultant | UNIT | RATE | Amount |
|---|---|---|---|---|---|
| 1/24/2022 | Processing and Hosting Specs submitted to tech team; storage created and data copied to PD servers; project scope and timeline circulated to tech team. | Jayson Lajato | 0.5 | 175.00 | 87.50 |
| 1/25/2022 | New Data Intake (EI#1): Downloaded/forwarded new data for formal intake by media manager, along with treatment instructions to technical team. | Jayson Lajato | 0.75 | 175.00 | 131.25 |
| 1/25/2022 | New Data Load Metrics (EI#1: PROD_VOL001 – PROD_VOL005): Performed analysis to identify potential bates numbering gaps within the production and in relation to prior volumes. Performed quality control measures to verify document, TIFF image, and native file counts. Checked proper folder location in Relativity. Provide a metadata field analysis contained in production to identify possible missing metadata.  Provided analysis of production received breaking down Documents per Custodian, Pages per Custodian, and Native files produced by creating and running custom database scripts and searches. | Jayson Lajato | 2.5 | 175.00 | 437.50 |
| 1/26/2022 | Rosen–Akazoo S.A. | Hosting Request | EI#1 | 20220125 | JL<br>5 volume EI 1 with one large volume (230k images) requiring OCR as no text was delivered | Robert Wiegand | 5.5 | 175.00 | 962.50 |
| 1/27/2022 | Created a new permission group for Rosen's expert with limited access to the database; provided detailed instructions with link to the database and how to access them. | Jayson Lajato | 0.75 | 175.00 | 131.25 |
| 1/31/2022 | Relativity User Access_2 User(s) | | 2 | 85.00 | 170.00 |
| 1/31/2022 | Relativity Hosting_Rosen_Akazoo_SA 130.38 GBs | | 130.38 | 12.50 | 1,629.75 |

|  | |
|---|---|
| **TOTAL** | **$3,549.75** |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$3,549.75** |

**PLEASE REMIT PAYMENT TO:**

| Wire Transfer Information: | Payment By Check: |
|---|---|
| TrustPoint International, LLC<br>BMO Harris Bank NA<br>111 W. Monroe St.<br>Chicago, IL 60603, USA<br>Routing Number: 071000288<br>Account Number: 4239208<br>Swift Code: HATRUS44<br><br>Please note the invoice number(s). | TrustPoint International, LLC<br>PO BOX 532292<br>Atlanta, GA 30353–2292<br><br>Attn: Accounts Receivable |


**Trustpoint.**One

3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA  30339

1.855.669.1205 Ext. 1
TPI.Billing@trustpoint.one

# Invoice

The Rosen Law Firm
Yu Shi
275 Madison Avenue
34th Floor
New York, NY 10016

| | | | |
|---|---|---|---|
| **INVOICE NO.** | **DATE** | | |
| **22-01377ED** | **2/28/2022** | | |
| Matter ID | **ROE016IL2 (Rosen–Akazoo S.A.)** | | |
| Matter Details | | | |

| Date | Description | Consultant | UNIT | RATE | Amount |
|---|---|---|---|---|---|
| 2/28/2022 | Relativity User Access_2 User(s) | | 2 | 85.00 | 170.00 |
| 2/28/2022 | Relativity Hosting_Rosen_Akazoo_SA 130.38 GBs | | 130.38 | 12.50 | 1,629.75 |

| | | |
|---|---|---|
| **TOTAL** | | **$1,799.75** |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | **$1,799.75** |

**PLEASE REMIT PAYMENT TO:**

| Wire Transfer Information: | Payment By Check: |
|---|---|
| TrustPoint International, LLC | |
| BMO Harris Bank NA | TrustPoint International, LLC |
| 111 W. Monroe St. | PO BOX 532292 |
| Chicago, IL 60603, USA | Atlanta, GA 30353–2292 |
| Routing Number: 071000288 | |
| Account Number: 4239208 | Attn: Accounts Receivable |
| Swift Code: HATRUS44 | |
| | |
| Please note the invoice number(s). | |



3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA  30339

1.855.669.1205 Ext. 1
TPI.Billing@trustpoint.one

# Invoice

The Rosen Law Firm
Yu Shi
275 Madison Avenue
34th Floor
New York, NY 10016

| INVOICE NO. | DATE |
| --- | --- |
| **22-02093ED** | **3/31/2022** |

Matter ID     **ROE016IL2 (Rosen–Akazoo S.A.)**

Matter Details

| Date | Description | Consultant | UNIT | RATE | Amount |
| --- | --- | --- | --- | --- | --- |
| 3/31/2022 | Relativity User Access_2 User(s) | | 2 | 85.00 | 170.00 |
| 3/31/2022 | Relativity Hosting_Rosen_Akazoo_SA 130.38 GBs | | 130.38 | 12.50 | 1,629.75 |

| | |
| --- | --- |
| **TOTAL** | **$1,799.75** |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$1,799.75** |

**PLEASE REMIT PAYMENT TO:**

**Wire Transfer Information:**
TrustPoint International, LLC
BMO Harris Bank NA
111 W. Monroe St.
Chicago, IL 60603, USA
Routing Number: 071000288
Account Number: 4239208
Swift Code: HATRUS44

Please note the invoice number(s).

**Payment By Check:**

TrustPoint International, LLC
PO BOX 532292
Atlanta, GA 30353–2292

Attn: Accounts Receivable



3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA  30339

1.855.669.1205 Ext. 1
TPI.Billing@trustpoint.one

# Invoice

The Rosen Law Firm
Yu Shi
275 Madison Avenue
34th Floor
New York, NY 10016

| INVOICE NO. | DATE |
|---|---|
| **22-03085ED** | **4/30/2022** |

Matter ID    **ROE016IL2 (Rosen–Akazoo S.A.)**

Matter Details

| Date | Description | Consultant | UNIT | RATE | Amount |
|---|---|---|---|---|---|
| 4/30/2022 | Relativity User Access_2 User(s) | | 2 | 85.00 | 170.00 |
| 4/30/2022 | Relativity Hosting_Rosen_Akazoo_SA 130.38 GBs | | 130.38 | 12.50 | 1,629.75 |

| | | |
|---|---|---|
| **TOTAL** | | **$1,799.75** |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | **$1,799.75** |

**PLEASE REMIT PAYMENT TO:**

Wire Transfer Information:
TrustPoint International, LLC
BMO Harris Bank NA
111 W. Monroe St.
Chicago, IL 60603, USA
Routing Number: 071000288
Account Number: 4239208
Swift Code: HATRUS44

Please note the invoice number(s).

Payment By Check:

TrustPoint International, LLC
PO BOX 532292
Atlanta, GA 30353–2292

Attn: Accounts Receivable



3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA  30339

1.855.669.1205 Ext. 1
TPI.Billing@trustpoint.one

# Invoice

The Rosen Law Firm
Yu Shi
275 Madison Avenue
34th Floor
New York, NY 10016

| INVOICE NO. | DATE |
| --- | --- |
| **22-03798ED** | **5/31/2022** |

Matter ID    **ROE016IL2 (Rosen–Akazoo S.A.)**

Matter Details

| Date | Description | Consultant | UNIT | RATE | Amount |
| --- | --- | --- | --- | --- | --- |
| 5/31/2022 | Relativity User Access: 2 User(s) | | 2 | 85.00 | 170.00 |
| 5/31/2022 | Relativity Hosting: Rosen_Akazoo_SA 130.38 GBs | | 130.38 | 12.50 | 1,629.75 |

| | |
| --- | --- |
| **TOTAL** | **$1,799.75** |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$1,799.75** |

**PLEASE REMIT PAYMENT TO:**

| Wire Transfer Information: | Payment By Check: |
| --- | --- |
| **TrustPoint International, LLC**<br>**BMO Harris Bank NA**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603, USA**<br>**Routing Number: 071000288**<br>**Account Number: 4239208**<br>**Swift Code: HATRUS44**<br><br>**Please note the invoice number(s).** | **TrustPoint International, LLC**<br>**PO BOX 532292**<br>**Atlanta, GA 30353–2292**<br><br>**Attn: Accounts Receivable** |



3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA  30339

1.855.669.1205 Ext. 1
TPI.Billing@trustpoint.one

# Invoice

The Rosen Law Firm
Yu Shi
275 Madison Avenue
34th Floor
New York, NY 10016

| INVOICE NO. | DATE |
| --- | --- |
| 22-04346ED | 6/30/2022 |

Matter ID    **ROE016IL2 (Rosen–Akazoo S.A.)**

Matter Details

| Date | Description | Consultant | UNIT | RATE | Amount |
| --- | --- | --- | --- | --- | --- |
| 6/30/2022 | Relativity User Access: 2 User(s) | | 2 | 85.00 | 170.00 |
| 6/30/2022 | Relativity Hosting: Rosen_Akazoo_SA 130.38 GBs | | 130.38 | 12.50 | 1,629.75 |

| | |
| --- | --- |
| **TOTAL** | **$1,799.75** |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$1,799.75** |

**PLEASE REMIT PAYMENT TO:**

| Wire Transfer Information: | Payment By Check: |
| --- | --- |
| **TrustPoint International, LLC** | |
| **BMO Harris Bank NA** | **TrustPoint International, LLC** |
| **111 W. Monroe St.** | **PO BOX 532292** |
| **Chicago, IL 60603, USA** | **Atlanta, GA 30353–2292** |
| **Routing Number: 071000288** | |
| **Account Number: 4239208** | **Attn: Accounts Receivable** |
| **Swift Code: HATRUS44** | |
| | |
| **Please note the invoice number(s).** | |



3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA  30339

1.855.669.1205 Ext. 1
TPI.Billing@trustpoint.one

# Invoice

The Rosen Law Firm
Yu Shi
275 Madison Avenue
34th Floor
New York, NY 10016

| INVOICE NO. | DATE |
|---|---|
| **22-06360ED** | **8/1/2022** |

**Matter ID**     **ROE016IL2 (Rosen–Akazoo S.A.)**

**Matter Details**     **Rosen–Akazoo S.A.**

| Date | Description | Consultant | UNIT | RATE | Amount |
|---|---|---|---|---|---|
| 7/20/2022 | Technical Time: Deactivated all Rosen users and created detailed instructions to IT team to place the database into Offline archive per request of J. Lin. | Jayson Lajato | 2 | 175.00 | 350.00 |
| 7/21/2022 | Hard Drive | | 1 | 200.00 | 200.00 |
| 7/31/2022 | Relativity User Access: 2 User(s) | | 2 | 85.00 | 170.00 |
| 7/31/2022 | Relativity Hosting: Rosen_Akazoo_SA 130.38 GBs | | 130.38 | 12.50 | 1,629.75 |

|  | |
|---|---|
| **TOTAL** | **$2,349.75** |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$2,349.75** |

**PLEASE REMIT PAYMENT TO:**

**Wire Transfer Information:**
**TrustPoint International, LLC**
**BMO Harris Bank NA**
**111 W. Monroe St.**
**Chicago, IL 60603, USA**
**Routing Number: 071000288**
**Account Number: 4239208**
**Swift Code: HATRUS44**

**Please note the invoice number(s).**

**Payment By Check:**

**TrustPoint International, LLC**
**PO BOX 532292**
**Atlanta, GA 30353–2292**

**Attn: Accounts Receivable**