**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AKAZOO S.A. SECURITIES LITIGATION | Case No.: 1:20-cv-01900-BMC<br><br>CLASS ACTION |

**NOTICE OF MOTION FOR DISTRIBUTION OF CLASS ACTION
SETTLEMENT FUND**

PLEASE TAKE NOTICE that Lead Plaintiffs Tim Caldwell, Sharon Caldwell, Nikolaos Poulakis, and John Pullen and plaintiffs Eva Pareja and Greg Sweet (collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class, hereby move this Court for entry of the accompanying [Proposed] Order Granting Distribution of Class Action Settlement Fund ("Class Distribution Order").[1]

The Class Distribution Order: (i) approves the Claims Administrator's recommendations accepting and rejecting claims submitted for the partial settlement with Defendants Akazoo S.A., the Settling Old Akazoo Defendants, the Akazoo Director Defendants, the MMAC Director Defendants, the Macquarie Settling Parties, and the Tosca Settling Parties; and (ii) directs distribution of the Net Settlement Fund to Authorized Claimants whose claims have been accepted as valid and approved by the Court.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process, and the exhibits thereto.

---

[1] Unless otherwise defined, capitalized terms herein have the same meanings attributed to them in the Stipulation and Agreement of Partial Settlement, dated April 22, 2021 (ECF No. 32).

1

Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the

Class Distribution Order.

Dated: February 5, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim
Erica L. Stone
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email:  pkim@rosenlegal.com
Email:  estone@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Casey E. Sadler (admitted *pro hac vice*)
Joseph Cohen (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  csadler@glancylaw.com
Email:  jcohen@glancylaw.com

*Class Counsel for the Settlement Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Phillip Kim*