**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE AKAZOO S.A. SECURITIES
LITIGATION

CASE NO. 1:20-CV-01900-BMC

<u>CLASS ACTION</u>

**DECLARATION OF JOSEPHINE BRAVATA**
**<u>CONCERNING THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS</u>**

I, Josephine Bravata, declare:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four-hundred fifty (450) class action cases since its inception.  I am over 21 years of age and am not a party to this Action.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify thereto.

**<u>UPDATE ON THE NOTIFICATION PROCESS</u>**

2.      Pursuant to the Court's Order Preliminarily Approving Partial Class Action Settlement and Providing for Notice, dated April 28, 2021 (ECF No. 36, "Preliminary Approval Order"), SCS was retained as Claims Administrator to supervise and administer the notice procedure and process claims in connection with the partial Settlement of this Action.

3.      As noted in the Declaration of Sarah Evans Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated August 3, 2021, and the Supplemental Declaration of Sarah Evans Concerning:

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Partial Settlement, dated April 22, 2021 (ECF No. 32).

1

(A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated August 31, 2021 (ECF Nos. 48-2 and 50-1, the "Initial Mailing Declarations"), SCS mailed or emailed 1,230 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. A total of 2,988 Postcard Notices have been mailed to potential Settlement Class Members or nominees. Additionally, as stated in the Initial Mailing Declarations, SCS was notified by one of the nominees that it emailed 1,525 of its customers to notify them of this partial settlement and provided the direct link to the Long Notice and Claim Form on the settlement webpage. Since the Initial Mailing Declarations were filed, no additional Postcard Notices were mailed and no additional direct links to the settlement webpage for the Long Notice and Claim Form were emailed due to the responses from Nominee Account Holders and Institutional Groups for this partial settlement. In total, 4,513 potential Settlement Class Members were notified of the partial settlement either by mailed Postcard Notice or emailed link to the Long Notice and Claim Form.

## UPDATE ON TOLL-FREE PHONE LINE

4.      The Initial Mailing Declarations noted that SCS maintains a toll-free telephone number (1-866-274-4004), which was set forth in the Postcard Notice, Long Notice, Claim Form and Summary Notice. This toll-free helpline was made available for Settlement Class Members to call about the Settlement. SCS will continue to promptly respond to each telephone inquiry and address Settlement Class Members inquiries.

## UPDATE ON WEBPAGE

5.       The Initial Mailing Declarations also noted that on May 13, 2021, SCS established the dedicated webpage, www.strategicclaims.net/akazoo.  The Settlement webpage is accessible 24 hours a day, 7 days a week.  SCS continues to maintain the Settlement webpage and will update it as required.

## STATUS OF CLAIMS PROCESSING

6.       Through July 24, 2022, 533 Claim Forms (hereafter referred to as "claims") were submitted in connection with this settlement.[2]   SCS has carefully reviewed, analyzed, and processed all of these claims, and has responded to all claimant inquiries regarding the Action, the Settlement and the procedures for filling out the Claim Forms.  SCS has also been in close contact with Class Counsel to review the administration process.  SCS's Report of Claims Administrator is annexed hereto as **Exhibit A** and described below.

7.       The annexed Report of Claims Administrator sets forth the final status of claims submitted to SCS as follows:

a.       PROPERLY DOCUMENTED CLAIMS:   SCS   has   identified   323 properly documented valid claims.  These valid claims represent Recognized Claims of $1,106,334.41 for Section 10(b) Claims, $3,288,709.62 for Section 14(a) Claims, and $8,984,597.66 for Section 11 Claims.  These valid claims were calculated in the manner set forth in the Court-approved Plan of Allocation of the Net Settlement Fund ("Plan of Allocation"), included in the Notice.  **Exhibit B-1** is a spreadsheet of the 313 properly

---

[2] SCS has not processed any claims filed after July 24, 2022, or any responses to rejections received after September 25, 2023, due to extreme lateness and because their inclusion would have delayed the finalization of the administration. SCS used July 24, 2022 as the last day for the acceptance of claims as on the following day, on July 25, 2022, the Court entered an order preliminarily approving the second partial settlement with Crowe, U.K., LLP.

documented and timely submitted claims. **Exhibit B-2** is a spreadsheet for 10 claims submitted after the Court-approved claims filing deadline, September 23, 2021, and on or before July 24, 2022 ("Late But Otherwise Valid Claims"). SCS recommends the Court accept the Late But Otherwise Valid Claims. The processing of these Late But Otherwise Valid Claims did not delay the administration process. However, there must be a final cut-off date after which no more claims will be accepted so that there may be a proportional allocation of the Net Settlement Fund and the distribution may be accomplished. Acceptance of additional claims or responses to notices of deficiency received during the finalization of the administration and the preparation of this application would necessarily require a delay in the distribution. Accordingly, SCS respectfully requests that this Court order that no claim received after July 24, 2022, or any responses to rejections received after September 25, 2023, be eligible for payment for any reason whatsoever. Class Counsel approves of these cut-off dates.

b.      INADEQUATELY DOCUMENTED CLAIMS: SCS initially identified 36 inadequately documented claims. SCS mailed or emailed inadequacy notices to each of these claimants, advising them of the nature of their inadequacy and providing them an opportunity to cure. A sample inadequacy notice is annexed hereto as **Exhibit C**. Among these 36 deficient claims, 15 have been successfully cured and are considered valid. The remaining 21 inadequate claimants either did not respond to the inadequacy notice or responded with inadequate documentation and were sent a rejection notice setting forth the reason for their inadequacy. To date, none of the 21 inadequate claimants has objected to or contested this determination. *See* **Exhibit D** for a list of the inadequate, rejected claimants.

c.      INELIGIBLE CLAIMS:  In addition to the 21 claims discussed above in paragraph 7.b., SCS has identified 189 claims, which we recommend for complete rejection.  Included in this category are: (i) claims with no Recognized Losses; (ii) duplicate claims filed; (iii) claims with common stock of Akazoo S.A. ("Akazoo") that were not purchased, but were received or granted by gift, inheritance, or operation of law; (iv) claims with shares sold short; (v) claims filed by an excluded party; (vi) claims filed with securities other than Akazoo common stock; (vii) claims withdrawn by the filing entity; (viii) claims with common stock of Akazoo purchased outside of the Settlement Class Period; and (ix) fraudulent claim.  *See* **Exhibit E** for a list of these ineligible claims.  We have communicated with these 189 claimants and advised them of our determination.  A sample ineligibility notice is annexed hereto as **Exhibit F**.  To date, none of these ineligible claimants has contested SCS's determination of ineligibility.

8.      In anticipation of completing this administration, SCS respectfully requests that the Court reject as untimely any claims received after July 24, 2022, and any responses to deficiency and/or rejection notices received after September 25, 2023.

9.      Should the Court concur with SCS's administrative determinations concerning the claims recommended for acceptance and rejection, SCS recommends the following:

(a)      Per the Plan of Allocation, each Authorized Claimant shall be paid a *pro rata* share of the Net Settlement Fund that each Authorized Claimant's Recognized Claim bears to the total of the Recognized Claims of the 313 Authorized Claimants, and the 10 Late But Otherwise Valid Claims if these Late But Otherwise Valid Claims are accepted by the Court.  No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

5

(b)     In order to encourage Authorized Claimants to cash their distribution checks promptly, and to avoid or reduce future expenses relating to unpaid distribution checks, all checks should bear the notation, "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE."  Similarly, all other checks issued in connection with subsequent distributions shall bear the same notation.

(c)     After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks.  To the extent any monies remain in the fund nine (9) months after the initial distribution, if Class Counsel, in consultation with the Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator shall conduct a redistribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution.  Additional re-distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional redistributions may occur thereafter if Class Counsel, in consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective.  At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance shall be contributed to non-sectarian, not-for-profit organization(s), to be recommended by Class Counsel and approved by the Court.

(d)    Authorized Claimants who do not cash their distribution checks within the time allotted will irrevocably forfeit all recovery from the Settlement unless good cause is shown.  The funds allocated to all such stale-dated checks will be available for re-distribution to other Authorized Claimants in subsequent distributions, if such distributions are determined to be economically feasible.

10.    SCS respectfully requests the Court order that one year after the second distribution, if that occurs, or, if there is no second distribution, two years after the initial distribution, SCS may destroy the paper copies of the claims and all supporting documentation, and one year after all funds have been distributed, SCS may destroy electronic copies of the same. This is the customary document retention period SCS uses to prevent additional costs to the Settlement Class for storage expenses and related fee.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of January 2024, in Media, Pennsylvania.

Josephine Bravata

7

# EXHIBIT A

## REPORT OF THE CLAIMS ADMINISTRATOR

## AKAZOO S.A. SECURITIES LITIGATION

TOTAL # OF CLAIMS…………………………………………………………… <u>533</u>

TOTAL # OF APPROVED VALID CLAIMS………………………………… <u>323</u>

TOTAL # OF INELIGIBLE CLAIMS…………………………………….... <u>210</u>

     NO RECOGNIZED LOSSES..........................................135
     INADEQUATE DOCUMENTATION .............................21
     DUPLICATE CLAIMS .....................................................17
     SHARES NOT PURCHASED .........................................12
     SHARES SOLD SHORT...................................................12
     EXCLUDED PARTY CLAIMS.........................................5
     WRONG STOCK ..............................................................3
     CLAIMS WITHDRAWN ..................................................3
     PURCHASED OUTSIDE CLASS PERIOD......................1
     FRAUDULENT CLAIM ...................................................1

     TOTAL ......................................................................<u>210</u>

TOTAL RECOGNIZED LOSSES:
     SECTION 10(b) CLAIMS......................................$1,106,334.41
     SECTION 14(a) CLAIMS ......................................$3,288,709.62
     SECTION 11 CLAIMS...........................................$8,984,597.66

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Claims - Section 10(b) | Recognized Claims - Section 14(a) | Recognized Claims - Section 11 |
|---|---|---|---|
| 1 | 189.00 | - | - |
| 2 | - | 126.00 | - |
| 3 | - | 2,394.00 | - |
| 4 | - | 100.80 | - |
| 5 | - | - | 139.74 |
| 6 | - | - | 164.40 |
| 7 | 12.60 | - | - |
| 8 | 531.26 | - | - |
| 9 | 850.00 | - | - |
| 11 | 75.60 | - | - |
| 12 | - | 25.20 | - |
| 13 | - | - | 90,584.40 |
| 14 | - | 2,583.00 | 29,476.92 |
| 15 | - | 630.00 | 2,055.00 |
| 16 | - | - | 16,440.00 |
| 17 | 3,604.00 | - | 662.74 |
| 19 | - | - | 32,247.06 |
| 20 | 882.00 | - | 2,260.50 |
| 21 | - | - | 5,071.74 |
| 22 | - | - | 1,027.50 |
| 23 | 60.48 | - | - |
| 24 | - | - | 37,742.13 |
| 25 | - | 504.00 | - |
| 26 | 252.00 | - | - |
| 27 | - | - | 5,071.74 |
| 28 | 18.90 | - | - |
| 29 | 18.90 | - | - |
| 30 | 448.00 | - | - |
| 32 | 11.20 | - | - |
| 33 | 5,757.00 | - | - |
| 34 | 5,050.00 | - | - |
| 35 | 48.48 | - | - |
| 37 | 1,260.00 | - | - |
| 38 | 30.00 | - | - |
| 39 | 1,260.00 | - | - |
| 41 | 100.80 | - | - |
| 42 | - | - | 82.20 |
| 45 | 12.60 | - | - |
| 46 | 1,671.30 | - | - |
| 51 | 13,793.50 | - | - |
| 52 | - | 17.64 | - |
| 53 | 176.40 | - | - |
| 55 | 126.00 | - | - |
| 56 | 504,366.67 | - | - |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Claims - Section 10(b) | Recognized Claims - Section 14(a) | Recognized Claims - Section 11 |
|---|---|---|---|
| 57 | - | - | 411.00 |
| 58 | - | - | 16,941.42 |
| 59 | - | 378.00 | - |
| 63 | 12.60 | - | - |
| 64 | - | 126.00 | - |
| 65 | 353.50 | - | - |
| 66 | 13,260.24 | - | - |
| 69 | 6,111.00 | - | - |
| 70 | 13,277.88 | - | - |
| 72 | 209.16 | - | - |
| 74 | 9,450.00 | - | 373.20 |
| 75 | 419.15 | - | - |
| 76 | 6,930.00 | - | - |
| 77 | 10,080.00 | - | - |
| 78 | 63.00 | 126.00 | - |
| 79 | 62.50 | - | - |
| 80 | 126.00 | - | - |
| 81 | 214.20 | - | - |
| 82 | 289.80 | - | - |
| 83 | 371.70 | - | - |
| 84 | 252.00 | - | - |
| 85 | 403.20 | - | - |
| 86 | 375.00 | - | - |
| 87 | 2,520.00 | - | - |
| 89 | 12,607.56 | - | - |
| 90 | 252.00 | 346.50 | 678.15 |
| 91 | 5.04 | - | - |
| 93 | 204.12 | - | - |
| 94 | - | - | 1,056.27 |
| 96 | 378.00 | - | 2,055.00 |
| 98 | 112.14 | 63.00 | - |
| 99 | 3,555.00 | - | - |
| 101 | 12,708.90 | - | - |
| 103 | 6,300.00 | - | - |
| 104 | 1,323.00 | - | - |
| 105 | - | - | 1,233.00 |
| 106 | 1,794.80 | - | - |
| 107 | 35.00 | - | - |
| 108 | - | 100.80 | - |
| 109 | 2,772.00 | 1,260.00 | - |
| 110 | - | 60.48 | - |
| 113 | 2,470.26 | - | - |
| 114 | 75,714.66 | - | - |
| 115 | 16,464.28 | 1,171.80 | 3,604.47 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Claims - Section 10(b) | Recognized Claims - Section 14(a) | Recognized Claims - Section 11 |
|---|---|---|---|
| 116 | 101.00 | - | - |
| 117 | - | - | 102.75 |
| 119 | - | 126.00 | - |
| 120 | - | 126.00 | - |
| 121 | 808.00 | - | - |
| 122 | - | - | 411.00 |
| 123 | - | - | 7,759.68 |
| 125 | - | 1,008.00 | - |
| 126 | - | 787.50 | - |
| 127 | - | 126.00 | - |
| 128 | - | - | 7,759.68 |
| 129 | - | 504.00 | - |
| 130 | 1,386.00 | 504.00 | - |
| 132 | - | 126.00 | - |
| 134 | - | 302.40 | - |
| 135 | 693.00 | - | - |
| 137 | 70.00 | - | - |
| 138 | 2,520.00 | - | - |
| 139 | 315.00 | - | - |
| 140 | 1,010.00 | - | - |
| 141 | 1,260.00 | - | - |
| 142 | 2,110.50 | - | - |
| 144 | 504.00 | - | - |
| 146 | 252.00 | 189.00 | 1,027.50 |
| 147 | - | - | 205.50 |
| 148 | 252.00 | 630.00 | - |
| 153 | - | - | 822.00 |
| 157 | - | 63.00 | - |
| 158 | 152.00 | - | - |
| 160 | - | 359.10 | - |
| 161 | - | 31.50 | - |
| 163 | 303.00 | - | - |
| 165 | - | 31.50 | - |
| 166 | 6.30 | - | - |
| 168 | - | 304.92 | - |
| 170 | - | 73.08 | - |
| 171 | 2,520.00 | - | - |
| 172 | 567.00 | - | - |
| 176 | 126.00 | 126.00 | - |
| 178 | 10.10 | - | - |
| 180 | - | 201.60 | - |
| 181 | 504.00 | 252.00 | 3,288.00 |
| 183 | 10.10 | - | - |
| 186 | 152.35 | - | - |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                      **EXHIBIT B-1**

| Claim # | Recognized Claims - Section 10(b) | Recognized Claims - Section 14(a) | Recognized Claims - Section 11 |
|---|---|---|---|
| 187 | - | 94.50 | - |
| 188 | 504.00 | - | - |
| 190 | 1,010.00 | - | - |
| 191 | 35.00 | - | - |
| 193 | 2,520.00 | - | - |
| 194 | - | 126.00 | - |
| 195 | 1,807.74 | - | - |
| 197 | 630.00 | - | - |
| 198 | 13,700.00 | - | - |
| 201 | 444.40 | - | - |
| 204 | 44.10 | 70.56 | - |
| 206 | 202.00 | - | - |
| 207 | - | - | 1,417.95 |
| 208 | 21.00 | - | - |
| 211 | - | - | 96,321.96 |
| 212 | 31.50 | - | - |
| 214 | 6,920.00 | - | 9,893.16 |
| 215 | - | - | 17,541.48 |
| 216 | - | - | 16,707.15 |
| 218 | 15,120.00 | - | - |
| 219 | - | - | 9,933.87 |
| 221 | - | - | 8,758.41 |
| 222 | 16.80 | - | - |
| 224 | 101.00 | - | - |
| 225 | 630.00 | - | - |
| 226 | - | - | 5,663.58 |
| 227 | 199.08 | - | - |
| 229 | 809.07 | - | - |
| 232 | 2,500.00 | - | - |
| 233 | - | 126.00 | - |
| 234 | - | - | 2,877.00 |
| 238 | - | 3,700.62 | - |
| 244 | - | 2,613.24 | 3,098.94 |
| 245 | - | 575.82 | 183.05 |
| 246 | - | - | 348.59 |
| 247 | - | 8,455.86 | - |
| 248 | - | 79,237.62 | 856.18 |
| 254 | - | 756.00 | - |
| 255 | - | 96,950.70 | - |
| 256 | - | 4,631.76 | - |
| 260 | - | - | 144,350.02 |
| 268 | - | - | 0.52 |
| 273 | 45,360.00 | 38,741.22 | 6,705.21 |
| 275 | - | - | 75.82 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                                          **EXHIBIT B-1**

| Claim # | Recognized Claims - Section 10(b) | Recognized Claims - Section 14(a) | Recognized Claims - Section 11 |
|---|---|---|---|
| 276 | - | - | 26.00 |
| 280 | 630.00 | - | - |
| 281 | - | - | 98,968.80 |
| 282 | 15,729.84 | - | - |
| 284 | - | 1,260,000.00 | - |
| 286 | 5,075.28 | - | - |
| 287 | 2,055.06 | - | - |
| 288 | 5,764.50 | - | - |
| 289 | 2,772.00 | - | - |
| 290 | - | 685.44 | - |
| 291 | - | 26,271.00 | - |
| 292 | - | - | 196,334.70 |
| 293 | - | - | 2,174.19 |
| 294 | - | - | 29,386.50 |
| 296 | - | 756.00 | - |
| 298 | - | 240.66 | - |
| 302 | 201.60 | - | - |
| 303 | - | 415,548.00 | - |
| 304 | - | 7,812.00 | - |
| 305 | - | 126,000.00 | - |
| 309 | 8,418.95 | - | - |
| 312 | 35.00 | - | - |
| 323 | 23,415.22 | - | - |
| 324 | 2,238.40 | - | - |
| 326 | 493.92 | - | - |
| 330 | 6,300.00 | - | - |
| 331 | - | 252.00 | - |
| 333 | 189.00 | - | - |
| 336 | 2,520.00 | - | - |
| 337 | - | 630.00 | - |
| 338 | 252.00 | - | - |
| 339 | - | 22,050.00 | - |
| 340 | 9,450.00 | - | - |
| 344 | 346.50 | - | - |
| 345 | - | 5,040.00 | - |
| 347 | - | 5,040.00 | - |
| 351 | 11,340.00 | - | - |
| 352 | 1,515.00 | - | - |
| 353 | 378.00 | - | - |
| 354 | 21,794.22 | - | - |
| 356 | - | 157.50 | - |
| 357 | - | 2,646.00 | - |
| 358 | - | 1,131,165.00 | - |
| 360 | - | 607.32 | - |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Claims - Section 10(b) | Recognized Claims - Section 14(a) | Recognized Claims - Section 11 |
|---|---|---|---|
| 364 | - | 630.00 | - |
| 365 | - | - | 381.95 |
| 367 | 1,141.30 | - | - |
| 369 | - | 630.00 | - |
| 376 | - | - | 727.47 |
| 377 | - | - | 793.23 |
| 381 | - | - | 2.14 |
| 382 | - | - | 9.00 |
| 383 | - | - | 133.50 |
| 385 | - | - | 44.00 |
| 388 | - | - | 4,110.00 |
| 389 | - | - | 822.00 |
| 395 | 46.20 | - | - |
| 397 | - | - | 205.50 |
| 398 | 680.00 | - | - |
| 399 | - | - | 8,220.00 |
| 402 | 1,680.00 | - | - |
| 404 | - | - | 411.00 |
| 405 | 3,750.00 | - | - |
| 406 | 3,484.25 | - | - |
| 410 | - | - | 7.20 |
| 413 | 6,300.00 | - | - |
| 414 | 2,009.70 | - | - |
| 415 | - | 126.00 | - |
| 416 | - | 2,627.10 | - |
| 419 | - | 2,138.22 | - |
| 420 | 8,190.00 | - | - |
| 421 | 10,080.00 | - | - |
| 425 | - | - | 175.65 |
| 426 | 11,340.00 | - | - |
| 427 | - | - | 68,234.22 |
| 438 | 1,261.26 | - | - |
| 442 | 59.25 | - | - |
| 444 | 37.80 | 94.50 | - |
| 446 | - | - | 4,110.00 |
| 447 | - | 2,520.00 | 8,220.00 |
| 448 | - | - | 1,964,773.17 |
| 449 | 63.00 | 189.00 | 205.50 |
| 451 | 126.00 | 189.00 | 411.00 |
| 453 | - | 504.00 | - |
| 454 | 1,134.00 | 126.00 | - |
| 455 | - | 252.00 | 130.00 |
| 456 | 252.00 | - | - |
| 457 | - | 504.00 | 822.00 |

## TIMELY, PROPERLY DOCUMENTED CLAIMS

**EXHIBIT B-1**

| Claim # | Recognized Claims - Section 10(b) | Recognized Claims - Section 14(a) | Recognized Claims - Section 11 |
|---|---|---|---|
| 458 | 18.90 | 126.00 | - |
| 459 | - | 252.00 | - |
| 460 | - | - | 2,445.45 |
| 461 | - | - | 8,606.34 |
| 463 | - | - | 875.43 |
| 464 | - | - | 5,602,727.34 |
| 466 | 175.00 | - | - |
| 467 | 22.68 | - | - |
| 468 | - | - | 5,071.74 |
| 469 | - | - | 5,071.74 |
| 470 | 204.12 | - | - |
| 471 | 204.12 | - | - |
| 472 | - | - | 12,408.09 |
| 474 | 1,260.00 | - | - |
| 475 | 630.00 | - | - |
| 476 | - | - | 122,108.10 |
| 477 | 121.20 | - | - |
| 478 | - | 365.40 | - |
| 479 | - | 1,764.00 | - |
| 480 | - | 567.00 | - |
| 481 | - | - | 57,309.84 |
| 483 | - | 277.20 | 3,493.50 |
| 484 | 7,000.00 | - | - |
| 485 | - | - | 44,675.70 |
| 486 | 1,197.00 | - | - |
| 487 | 2,520.00 | - | - |
| 489 | - | - | 13,706.85 |
| 490 | - | 1,512.00 | - |
| 491 | - | - | 822.00 |
| 492 | 665.28 | - | - |
| 493 | - | - | 11,442.24 |
| 494 | - | - | 8,758.41 |
| 495 | - | 126.00 | - |
| 496 | 378.00 | - | - |
| 499 | - | 12,600.00 | - |
| 502 | - | 630.00 | - |
| 503 | 505.00 | - | - |
| 504 | - | 268.38 | - |
| 505 | - | 166.32 | 1,060.00 |
| 507 | - | 504.00 | - |
| 515 | 187.74 | 63.00 | - |
| 516 | 100.00 | - | - |
| 517 | 1,246.40 | - | - |
| 521 | 882.00 | - | 2,260.50 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Claims - Section 10(b) | Recognized Claims - Section 14(a) | Recognized Claims - Section 11 |
|---|---|---|---|
| 522 | 75.60 | 327.60 | - |
| 523 | - | 756.00 | - |
| 524 | 70.56 | - | - |
| 525 | 84.42 | - | - |
| 526 | 15.12 | - | - |
| **Total** | **313  $   1,040,434.81** | **$3,287,700.36** | **$8,888,169.57** |

**LATE, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-2**

| Claim # | Recognized Claims - Section 10(b) | Recognized Claims - Section 14(a) | Recognized Claims - Section 11 |
|---|---|---|---|
| 430 | - | 1.26 | 135.44 |
| 436 | 378.00 | 630.00 | - |
| 520 | - | - | 8,606.34 |
| 527 | 356.30 | 126.00 | 19.66 |
| 528 | 171.36 | - | - |
| 529 | 16,065.00 | - | - |
| 530 | 19,530.00 | - | 71,165.00 |
| 531 | 18,450.18 | - | - |
| 532 | 6,016.50 | - | - |
| 533 | 4,932.26 | 252.00 | 16,501.65 |
| **Total** | **10 $    65,899.60** | **$    1,009.26** | **$  96,428.09** |

Akazoo S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

**CONTROL#:**   124

**May 10, 2022**

**AcctNum:**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
|---|---|
| Documentation* was not provided. In order to process your claim we require: (i) any transactions of Akazoo Limited ("Old Akazoo") and/or Akazoo S.A. ("Akazoo") common stock from January 24, 2019 through May 21, 2020, inclusive; (ii) proof of balance of Old Akazoo common stock at the close of trading on January 23, 2019; (iii) proof of balance of Modern Media Acquisition Corp. common stock as of August 9, 2019, eligible to vote at MMAC's August 28, 2019 meeting; and (iv) proof of balance of Akazoo common stock at the close of trading on May 21, 2020. | 200 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within fourteen (14) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (i) any transactions of Akazoo Limited ("Old Akazoo") and/or Akazoo S.A. ("Akazoo") common stock from January 24, 2019 through May 21, 2020, inclusive; (ii) proof of balance of Old Akazoo common stock at the close of trading on January 23, 2019; (iii) proof of balance of Modern Media Acquisition Corp. common stock as of August 9, 2019, eligible to vote at MMAC's August 28, 2019 meeting; and (iv) proof of balance of Akazoo common stock at the close of trading on May 21, 2020.

**INADEQUATELY DOCUMENTED CLAIMS**                                   **EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 112 | INADEQUATELY DOCUMENTED CLAIM |
| 124 | INADEQUATELY DOCUMENTED CLAIM |
| 143 | INADEQUATELY DOCUMENTED CLAIM |
| 145 | INADEQUATELY DOCUMENTED CLAIM |
| 150 | INADEQUATELY DOCUMENTED CLAIM |
| 167 | INADEQUATELY DOCUMENTED CLAIM |
| 174 | INADEQUATELY DOCUMENTED CLAIM |
| 189 | INADEQUATELY DOCUMENTED CLAIM |
| 192 | INADEQUATELY DOCUMENTED CLAIM |
| 223 | INADEQUATELY DOCUMENTED CLAIM |
| 239 | INADEQUATELY DOCUMENTED CLAIM |
| 240 | INADEQUATELY DOCUMENTED CLAIM |
| 241 | INADEQUATELY DOCUMENTED CLAIM |
| 242 | INADEQUATELY DOCUMENTED CLAIM |
| 249 | INADEQUATELY DOCUMENTED CLAIM |
| 250 | INADEQUATELY DOCUMENTED CLAIM |
| 295 | INADEQUATELY DOCUMENTED CLAIM |
| 297 | INADEQUATELY DOCUMENTED CLAIM |
| 418 | INADEQUATELY DOCUMENTED CLAIM |
| 506 | INADEQUATELY DOCUMENTED CLAIM |
| 514 | INADEQUATELY DOCUMENTED CLAIM |

**Total**                                                                    **21**

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 10 | NO RECOGNIZED LOSSES |
| 18 | NO RECOGNIZED LOSSES |
| 31 | NO RECOGNIZED LOSSES |
| 36 | NO RECOGNIZED LOSSES |
| 40 | NO RECOGNIZED LOSSES |
| 43 | DUPLICATE CLAIM |
| 44 | DUPLICATE CLAIM |
| 47 | NO RECOGNIZED LOSSES |
| 48 | NO RECOGNIZED LOSSES |
| 49 | NO RECOGNIZED LOSSES |
| 50 | NO RECOGNIZED LOSSES |
| 54 | NO RECOGNIZED LOSSES |
| 60 | NO RECOGNIZED LOSSES |
| 61 | NO RECOGNIZED LOSSES |
| 62 | NO RECOGNIZED LOSSES |
| 67 | NO RECOGNIZED LOSSES |
| 68 | DUPLICATE CLAIM |
| 71 | NO RECOGNIZED LOSSES |
| 73 | NO RECOGNIZED LOSSES |
| 88 | NO RECOGNIZED LOSSES |
| 92 | NO RECOGNIZED LOSSES |
| 95 | NO RECOGNIZED LOSSES |
| 97 | WRONG STOCK |
| 100 | DUPLICATE CLAIM |
| 102 | DUPLICATE CLAIM |
| 111 | NO RECOGNIZED LOSSES |
| 118 | NO RECOGNIZED LOSSES |
| 131 | NO RECOGNIZED LOSSES |
| 133 | DUPLICATE CLAIM |
| 136 | NO RECOGNIZED LOSSES |
| 149 | NO RECOGNIZED LOSSES |
| 151 | NO RECOGNIZED LOSSES |
| 152 | DUPLICATE CLAIM |
| 154 | NO RECOGNIZED LOSSES |
| 155 | NO RECOGNIZED LOSSES |
| 156 | NO RECOGNIZED LOSSES |
| 159 | DUPLICATE CLAIM |
| 162 | NO RECOGNIZED LOSSES |
| 164 | NO RECOGNIZED LOSSES |
| 169 | NO RECOGNIZED LOSSES |
| 173 | NO RECOGNIZED LOSSES |
| 175 | NO RECOGNIZED LOSSES |
| 177 | WRONG STOCK |
| 179 | NO RECOGNIZED LOSSES |
| 182 | NO RECOGNIZED LOSSES |
| 184 | NO RECOGNIZED LOSSES |
| 185 | DUPLICATE CLAIM |
| 196 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**                                                    **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 199 | NO RECOGNIZED LOSSES |
| 200 | NO RECOGNIZED LOSSES |
| 202 | NO RECOGNIZED LOSSES |
| 203 | NO RECOGNIZED LOSSES |
| 205 | NO RECOGNIZED LOSSES |
| 209 | NO RECOGNIZED LOSSES |
| 210 | NO RECOGNIZED LOSSES |
| 213 | NO RECOGNIZED LOSSES |
| 217 | DUPLICATE CLAIM |
| 220 | PURCHASED OUTSIDE CLASS PERIOD |
| 228 | NO RECOGNIZED LOSSES |
| 230 | NO RECOGNIZED LOSSES |
| 231 | DUPLICATE CLAIM |
| 235 | SHARES NOT PURCHASED |
| 236 | SHARES NOT PURCHASED |
| 237 | NO RECOGNIZED LOSSES |
| 243 | NO RECOGNIZED LOSSES |
| 251 | SHARES SOLD SHORT |
| 252 | SHARES SOLD SHORT |
| 253 | SHARES SOLD SHORT |
| 257 | NO RECOGNIZED LOSSES |
| 258 | SHARES SOLD SHORT |
| 259 | SHARES SOLD SHORT |
| 261 | SHARES SOLD SHORT |
| 262 | NO RECOGNIZED LOSSES |
| 263 | WRONG STOCK |
| 264 | NO RECOGNIZED LOSSES |
| 265 | SHARES SOLD SHORT |
| 266 | NO RECOGNIZED LOSSES |
| 267 | NO RECOGNIZED LOSSES |
| 269 | NO RECOGNIZED LOSSES |
| 270 | NO RECOGNIZED LOSSES |
| 271 | SHARES SOLD SHORT |
| 272 | NO RECOGNIZED LOSSES |
| 274 | NO RECOGNIZED LOSSES |
| 277 | NO RECOGNIZED LOSSES |
| 278 | NO RECOGNIZED LOSSES |
| 279 | NO RECOGNIZED LOSSES |
| 283 | NO RECOGNIZED LOSSES |
| 285 | EXCLUDED PARTY |
| 299 | EXCLUDED PARTY |
| 300 | EXCLUDED PARTY |
| 301 | EXCLUDED PARTY |
| 306 | SHARES NOT PURCHASED |
| 307 | SHARES NOT PURCHASED |
| 308 | NO RECOGNIZED LOSSES |
| 310 | NO RECOGNIZED LOSSES |
| 311 | SHARES NOT PURCHASED |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 313 | SHARES NOT PURCHASED |
| 314 | SHARES NOT PURCHASED |
| 315 | SHARES NOT PURCHASED |
| 316 | SHARES NOT PURCHASED |
| 317 | SHARES NOT PURCHASED |
| 318 | NO RECOGNIZED LOSSES |
| 319 | NO RECOGNIZED LOSSES |
| 320 | NO RECOGNIZED LOSSES |
| 321 | NO RECOGNIZED LOSSES |
| 322 | NO RECOGNIZED LOSSES |
| 325 | NO RECOGNIZED LOSSES |
| 327 | CLAIM WITHDRAWN |
| 328 | CLAIM WITHDRAWN |
| 329 | CLAIM WITHDRAWN |
| 332 | NO RECOGNIZED LOSSES |
| 334 | NO RECOGNIZED LOSSES |
| 335 | NO RECOGNIZED LOSSES |
| 341 | NO RECOGNIZED LOSSES |
| 342 | NO RECOGNIZED LOSSES |
| 343 | SHARES NOT PURCHASED |
| 346 | NO RECOGNIZED LOSSES |
| 348 | NO RECOGNIZED LOSSES |
| 349 | NO RECOGNIZED LOSSES |
| 350 | SHARES NOT PURCHASED |
| 355 | NO RECOGNIZED LOSSES |
| 359 | SHARES SOLD SHORT |
| 361 | NO RECOGNIZED LOSSES |
| 362 | NO RECOGNIZED LOSSES |
| 363 | SHARES SOLD SHORT |
| 366 | NO RECOGNIZED LOSSES |
| 368 | EXCLUDED PARTY |
| 370 | NO RECOGNIZED LOSSES |
| 371 | NO RECOGNIZED LOSSES |
| 372 | NO RECOGNIZED LOSSES |
| 373 | NO RECOGNIZED LOSSES |
| 374 | NO RECOGNIZED LOSSES |
| 375 | NO RECOGNIZED LOSSES |
| 378 | NO RECOGNIZED LOSSES |
| 379 | NO RECOGNIZED LOSSES |
| 380 | NO RECOGNIZED LOSSES |
| 384 | NO RECOGNIZED LOSSES |
| 386 | NO RECOGNIZED LOSSES |
| 387 | NO RECOGNIZED LOSSES |
| 390 | NO RECOGNIZED LOSSES |
| 391 | NO RECOGNIZED LOSSES |
| 392 | NO RECOGNIZED LOSSES |
| 393 | NO RECOGNIZED LOSSES |
| 394 | NO RECOGNIZED LOSSES |

## INELIGIBLE CLAIMS

## EXHIBIT E

| Claim # | Rejection Reason |
|---|---|
| 396 | NO RECOGNIZED LOSSES |
| 400 | NO RECOGNIZED LOSSES |
| 401 | NO RECOGNIZED LOSSES |
| 403 | SHARES SOLD SHORT |
| 407 | NO RECOGNIZED LOSSES |
| 408 | NO RECOGNIZED LOSSES |
| 409 | NO RECOGNIZED LOSSES |
| 411 | NO RECOGNIZED LOSSES |
| 412 | NO RECOGNIZED LOSSES |
| 417 | NO RECOGNIZED LOSSES |
| 422 | DUPLICATE CLAIM |
| 423 | NO RECOGNIZED LOSSES |
| 424 | NO RECOGNIZED LOSSES |
| 428 | NO RECOGNIZED LOSSES |
| 429 | NO RECOGNIZED LOSSES |
| 431 | DUPLICATE CLAIM |
| 432 | DUPLICATE CLAIM |
| 433 | DUPLICATE CLAIM |
| 434 | NO RECOGNIZED LOSSES |
| 435 | NO RECOGNIZED LOSSES |
| 437 | NO RECOGNIZED LOSSES |
| 439 | NO RECOGNIZED LOSSES |
| 440 | DUPLICATE CLAIM |
| 441 | NO RECOGNIZED LOSSES |
| 443 | NO RECOGNIZED LOSSES |
| 445 | NO RECOGNIZED LOSSES |
| 450 | FRAUDULENT CLAIM |
| 452 | NO RECOGNIZED LOSSES |
| 462 | NO RECOGNIZED LOSSES |
| 465 | DUPLICATE CLAIM |
| 473 | NO RECOGNIZED LOSSES |
| 482 | NO RECOGNIZED LOSSES |
| 488 | NO RECOGNIZED LOSSES |
| 497 | NO RECOGNIZED LOSSES |
| 498 | NO RECOGNIZED LOSSES |
| 500 | NO RECOGNIZED LOSSES |
| 501 | NO RECOGNIZED LOSSES |
| 508 | NO RECOGNIZED LOSSES |
| 509 | NO RECOGNIZED LOSSES |
| 510 | NO RECOGNIZED LOSSES |
| 511 | NO RECOGNIZED LOSSES |
| 512 | NO RECOGNIZED LOSSES |
| 513 | NO RECOGNIZED LOSSES |
| 518 | SHARES SOLD SHORT |
| 519 | NO RECOGNIZED LOSSES |
| **Total** | **189** |

**EXHIBIT F**

Akazoo S.A. Securities Litigation
c/o Strategic Claims Services
600 N Jackson Street – Suite 205
Media, PA 19063

Email: info@strategicclaims.net
Facsimile: 610-565-7985

## NOTIFICATION OF CLAIM STATUS

September 5, 2023

**Claim Number:**  151
**Account Number:**

**Claim Status:**
INELIGIBLE

**Deadline to Contest Determinations:**
September 25, 2023

Below is the detailed breakdown on the determination of your claim form in the above-mentioned matter:

| Shares | Description |
|---|---|
| 200 | Akazoo publicly traded common shares that were sold prior to April 20, 2020, have No Recognized Loss in the Plan of Allocation contained in the Notice. Shares purchased and sold during the same inflation period shown in Table A, have No Recognized Loss as the inflation was the same for the purchase and sale.  Also, shares purchased on or after April 24, 2020 have No Recognized Loss. |

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than twenty (20) days after the date of this notice. Please be sure to include your Claim number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net for additional clarification. If after contacting us, you still disagree with our determination, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Claim Number found at the top of this form.